STEVEN M. WOODSIDE #58684
County Counsel
BRUCE D. GOLDSTEIN, #135970
Assistant County Counsel
GREGORY T. DION #149710
Chief Deputy County Counsel
County of Sonoma
575 Administration Dr., Rm. 105A
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Fax: (707) 565-2624

Attorneys for Defendant
The County of Sonoma

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOMA COUNTY ASSOCIATION OF RETIRED EMPLOYEES,<br><br>            Plaintiff,<br><br>v.<br><br>SONOMA COUNTY,<br><br>            Defendant. | No. CV 09 4432 CW<br><br>STIPULATION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING;<br><br>ORDER<br><br>[No Hearing Required] |

Defendant the County of Sonoma ("County") and Plaintiff the Sonoma County Association of Retired Employees ("SCARE"), through their respective counsel of record, hereby agree and stipulate as follows.

1. SCARE filed and served its complaint in this action on September 22, 2009, seeking declaratory and injunctive relief against the County with respect to retiree health benefits.

2. The County is in the process of engaging outside counsel to assist it in this litigation, and requires additional time to do so and prepare a response to the complaint, beyond the time allotted by the Federal Rules of Civil Procedure, Rule 12.

3. Accordingly, the parties have agreed that the County shall have through and including November 10, 2009, in which to file its responsive pleading herein. If the County

files a motion to dismiss or other motion instead of an answer to the complaint, and assuming that the motion is heard on the next available hearing date on the Court's calendar (which currently appears to be December 18, 2009), the parties stipulate that any opposition brief to the motion shall be due on or before Tuesday, November 24, 2009, and any reply brief shall be due on or before Friday, December 4, 2009.  If the next available hearing date is later than December 18, 2009, the parties agree to meet and confer regarding a briefing schedule and to submit a new briefing schedule to the Court for consideration.

4. Providing this extension of time to file a responsive pleading (which amounts to a 28 day extension) beyond the time allotted under the Federal Rules of Civil Procedure will not affect any of the dates set pursuant to the Order Setting Initial Case Management Conference and ADR Deadlines, previously entered herein.

IT IS SO STIPULATED.

Dated: October 8, 2009   STEVEN M. WOODSIDE, COUNTY COUNSEL
                         COUNTY OF SONOMA


By:   /s/ Gregory T. Dion
      GREGORY T. DION
      Attorneys for Defendant the County of Sonoma

Dated: October 8, 2009   LEWIS, FEINBERG, LEE, RENAKER & JACKSON


By:   /s/ Jeffrey Lewis
      JEFFREY LEWIS
      Attorneys for Plaintiff the Sonoma County
      Association of Retired Employees

\*            \*            \*

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

Dated: October 19, 2009

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT

1 | ELECTRONIC CASE FILING ATTESTATION

2 |   I, Gregory T. Dion, am the ECF User whose identification and password are being used to

3 | file this STIPULATION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING;

4 | [PROPOSED] ORDER on behalf of all parties pursuant to Civil Local Rules 7-11.  In

5 | compliance with General Order No. 45(X)(B), I hereby attest that the concurrence in the

6 | filing of this document has been obtained from its signatories.

7 | Dated:  October 8, 2009

By:    /s/ Gregory T. Dion
      Gregory T. Dion
      Deputy County Counsel
      Sonoma County