| | |
|---|---|
| 1 | HANSON BRIDGETT LLP |
| | RAYMOND F. LYNCH – 119065 |
| 2 | rlynch@hansonbridgett.com |
| | ROBERT A. BLUM – 40682 |
| 3 | rblum@hansonbridget.com |
| | SARAH D. MOTT – 148597 |
| 4 | smott@hansonbridgett.com |
| | CAROLINE B. BURNETT – 259389 |
| 5 | cburnett@hansonbridgett.com |
| | 425 Market Street, 26th Floor |
| 6 | San Francisco, CA 94105 |
| | Telephone: (415) 777-3200 |
| 7 | Facsimile: (415) 541-9366 |
| 8 | Attorneys for Defendant |
| | THE COUNTY OF SONOMA |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SONOMA COUNTY ASSOCIATION OF RETIRED EMPLOYEES, | No. CV 09-4432 |
| Plaintiff, | **STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL** |
| v. | |
| SONOMA COUNTY, | |
| Defendant. | |

It is hereby stipulated and consented that HANSON BRIDGETT LLP, 425 Market Street, 26th Floor, San Francisco, California 94105, be and is hereby substituted in place and instead of County Counsel, County of Sonoma, 575 Administration Dr., Rm 105A, Santa Rosa, California 95403-2815, as attorneys for Defendant the COUNTY OF SONOMA ("COUNTY") in the above-captioned action and that this substitution be entered into effect without further notice and pursuant to Civil Local Rule 11-5.

- 1 -

STIPULATION AND [PROPOSED] ORDER
FOR SUBSTITUTION OF COUNSEL CV 09-4432

2083077.1

| | | |
|---|---|---|
| 1 | It is so stipulated. | |
| 2 | | STEVEN M. WOODSIDE, COUNTY COUNSEL |
| | | COUNTY OF SONOMA |
| 3 | | |
| 4 | DATED: October __, 2009 | By: /s/ |
| 5 | | GREGORY T. DION |
| | | Attorneys for Defendant the County of Sonoma |
| 6 | | |
| 7 | We hereby consent to this substitution of Counsel. | |
| 8 | | |
| 9 | DATED: October __, 2009 | HANSON BRIDGETT LLP |
| 10 | | By: /s/ |
| 11 | | Raymond F. Lynch |
| 12 | | Attorneys for Defendant |
| | | The County of Sonoma |

| | |
|---|---|
| 1 | <u>SIGNATURES UNDER GENERAL ORDER NO. 45</u> |
| 2 | Pursuant to General Order No. 45 of the United States District Court, Northern |
| 3 | District of California, I, Sarah D. Mott—the ECF User whose User ID and Password are |
| 4 | used in the filing of this document—hereby attest that the concurrence to the filing of this |
| 5 | document has been obtained from each of the other signatories to this document. |

/s/
Sarah D. Mott

**ORDER**

IT IS SO ORDERED.

DATED: November 2, 2009

By: _____
The Honorable Claudia Wilken
United States District Court

- 3 -
STIPULATION AND [PROPOSED] ORDER
FOR SUBSTITUTION OF COUNSEL CV 09-4432

2083077.1