1  HANSON BRIDGETT LLP
   RAYMOND F. LYNCH – 119065
2  rlynch@hansonbridgett.com
   ROBERT A. BLUM – 40682
3  rblum@hansonbridget.com
   SARAH D. MOTT – 148597
4  smott@hansonbridgett.com
   CAROLINE B. BURNETT – 259389
5  cburnett@hansonbridgett.com
   425 Market Street, 26th Floor
6  San Francisco, CA  94105
   Telephone:   (415) 777-3200
7  Facsimile:   (415) 541-9366

8  Attorneys for Defendant
   THE COUNTY OF SONOMA

9

10                **UNITED STATES DISTRICT COURT**

11          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12                    **OAKLAND DIVISION**

13

| | |
|---|---|
| SONOMA COUNTY ASSOCIATION OF RETIRED EMPLOYEES,<br><br>        Plaintiff,<br><br>    v.<br><br>SONOMA COUNTY,<br><br>        Defendant. | No. CV 09-4432<br><br>**STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL** |

20      It is hereby stipulated and consented that HANSON BRIDGETT LLP, 425 Market

21  Street, 26th Floor, San Francisco, California 94105, be and is hereby substituted in

22  place and instead of County Counsel, County of Sonoma, 575 Administration Dr., Rm

23  105A, Santa Rosa, California 95403-2815, as attorneys for Defendant the COUNTY OF

24  SONOMA ("COUNTY") in the above-captioned action and that this substitution be

25  entered into effect without further notice and pursuant to Civil Local Rule 11-5.

26

27

28
                                    - 1 -

1    It is so stipulated.

2                                          STEVEN M. WOODSIDE, COUNTY COUNSEL
                                           COUNTY OF SONOMA
3

4    DATED: October __, 2009              By:    /s/

5                                          GREGORY T. DION
                                           Attorneys for Defendant the County of Sonoma
6

7        We hereby consent to this substitution of Counsel.

8

9    DATED: October __, 2009              HANSON BRIDGETT LLP

10                                         By:    /s/

11                                         Raymond F. Lynch
                                           Attorneys for Defendant
12                                         The County of Sonoma

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          - 2 -

1   <u>SIGNATURES UNDER GENERAL ORDER NO. 45</u>

2        Pursuant to General Order No. 45 of the United States District Court, Northern

3   District of California, I, Sarah D. Mott—the ECF User whose User ID and Password are

4   used in the filing of this document—hereby attest that the concurrence to the filing of this

5   document has been obtained from each of the other signatories to this document.

6

7                        /s/
                   Sarah D. Mott

8

9

10

11

12

13

14

15

16

17

18

19   **ORDER**

20       IT IS SO ORDERED.

21

22   DATED:  November 2, 2009        By:_____

23                          The Honorable Claudia Wilken
                       United States District Court

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
FOR SUBSTITUTION OF COUNSEL CV 09-4432          2083077.1