Jeffrey Lewis – CA State Bar No. 066587
Email: jlewis@lewisfeinberg.com
Bill Lann Lee – CA State Bar No. 108452
Email: blee@lewisfeinberg.com
Andew Lah – CA State Bar No. 234580
Email: alah@lewisfeinberg.com
Sacha Crittenden Steinberger – CA State Bar No. 253823
Email: ssteinberger@lewisfeinberg.com
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Attorneys for Plaintiff
SONOMA COUNTY ASSOCIATION OF RETIRED EMPLOYEES

HANSON BRIDGETT LLP
RAYMOND F. LYNCH - 119065
rlynch@hansonbridgett.com
ROBERT A. BLUM - 40682
rblum@hansonbridgett.com
SARAH D. MOTT - 148597
smott@hansonbridgett.com
CAROLINE BURNETT - 259389
cburnett@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
SONOMA COUNTY

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONOMA COUNTY ASSOCIATION OF RETIRED EMPLOYEES,<br><br>Plaintiff,<br><br>v.<br><br>SONOMA COUNTY,<br><br>Defendant. | No. CV 09-4432 CW<br><br>**STIPULATION AND REQUEST FOR ORDER TO EXTEND TIME FOR FILING RESPONSIVE PLEADING AND TO ADVANCE CERTAIN CASE SCHEDULE DEADLINES; [PROPOSED] ORDER** |

- 1 -
STIPULATION AND REQUEST FOR ORDER TO EXTEND TIME FOR
FILING RESPONSIVE PLEADING ( CV 09-4432 CW)

2091419.1

Plaintiff the Sonoma County Association of Retired Employees ("SCARE") and Defendant the County of Sonoma ("County") (collectively the "Parties"), through their respective counsel of record, hereby agree and stipulate as follows.

1. SCARE filed and served its complaint in this action on September 22, 2009, seeking declaratory and injunctive relief against the County with respect to retiree health benefits.

2. While the County worked to engage outside counsel, the parties stipulated to an extension of the deadline for the County's responsive pleading. The Court signed the Order on October 19, 2009. The County recently engaged outside counsel, and the Court ordered their substitution on November 2, 2009.

3. The County's responsive pleading is currently due on November 11, 2009. The parties have agreed that the County shall have through and including December 18, 2009, in which to file its responsive pleading in this matter, including without limitation a motion pursuant to Federal Rule of Civil Procedure ("FRCP") Rule 12(b), (e) and/or (f).

4. The County intends to file a Rule 12 motion to dismiss which shall be heard on February 11, 2010, and which the Court's clerk indicated to the Parties was available. If February 11, 2010 is not available, the Parties respectfully request the next available hearing date. SCARE's opposition brief and the County's reply brief shall be due 21 and 14 days respectively prior to the hearing date, pursuant to Civil Local Rule 7-3.

5. Given the length of time between the filing of the complaint and the initial case management conference (the "CMC"), the Parties have stipulated to prepare the FRCP Rule 26(f) report, to begin initial disclosures and that written discovery may commence in advance of the current deadlines.

6. The current meet and confer deadline for the Rule 26(f) report and ADR process selection, as well as for filing the ADR certification and either the stipulation to ADR process or notice of need for ADR phone conference, is March 16, 2010. The Parties have agreed that the Parties shall meet and confer per Rule 26(f) and shall file the ADR documentation on or before January 22, 2010.

STIPULATION AND REQUEST FOR ORDER TO EXTEND TIME FOR
FILING RESPONSIVE PLEADING ( CV 09-4432 CW)

2091419.1

1  7. The FRCP Rule 26(f) report, initial disclosures, and CMC statement are currently due March 30, 2010. The Parties have agreed to make initial disclosures, to file the Rule 26(f) Report, and that written discovery may commence on February 5, 2010. The CMC statement will remain, as currently scheduled, to be filed on or before March 30, 2010.

8. The initial case management conference will remain, as currently scheduled, on April 6, 2010.

Respectfully submitted,

Dated: November 5, 2009    LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By: /S/
Bill Lann Lee
Attorneys for Plaintiff

Jeffrey Lewis
Bill Lann Lee
Andrew Lah
Sacha Steinberger
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Dated: November 5, 2009    HANSON BRIDGETT LLP

By: /S/
Raymond F. Lynch
Attorney for Defendant

Raymond F. Lynch
Robert A. Blum
Sarah D. Mott
Caroline B. Burnett
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

- 3 -

|   |   |
|---|---|
| 1 | * * * * |
| 2 | **ORDER** |
| 3 | Pursuant to the foregoing stipulation, it is so ordered. |
| 4 | Dated: 11/9/09  _[signature]_ |
| 5 | HONORABLE CLAUDIA WILKEN<br>UNITED STATES DISTRICT COURT |

I, Bill Lann Lee, am the ECF user whose identification and password are being used to file this Stipulation to Extend Time for Filing Responsive Pleading; [Proposed] Order, on behalf of all parties pursuant to Civil Local Rule 7-11. I hereby attest that, pursuant to General Order 45, Section XB, concurrence in the filing of this document has been obtained from each of the other signatories herein.

Dated: November 5, 2009   By: /S/
Bill Lann Lee, Attorney
Lewis, Feinberg, Lee, Renaker & Jackson, P.C.