UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sonoma County Association of Retired
Employees

                Plaintiff(s),

v.

Sonoma County

                Defendant(s).
_____/

CASE NO. 09-4432 CW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓ Private ADR *(please identify process and provider)* The parties engaged in a three day mediation in Spring 2009 with a private mediator, Barry Winograd, which was unsuccessful. After resolution of the currently pending motion to dismiss, the parties will discuss resuming ADR.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓ other requested deadline Within two weeks of the Court's order on the Motion to Dismiss the parties will inform the Court as to whether they will resume ADR.

Dated: 1/22/2010                 /S/ Sacha Steinberger
                                   Attorney for Plaintiff

Dated: 1/22/2010                 /S/ Sarah Mott
                                   Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

~~[PROPOSED]~~ **ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- x Private ADR

Deadline for ADR session
- x 90 days from the date of ~~this order.~~
- ✓ ~~other Within two weeks of~~ the Court's order on the County of Sonoma's Motion to Dismiss, ~~the parties will inform the Court as to whether they will resume ADR.~~

IT IS SO ORDERED.

Dated: 2/1/10

DISTRICT
UNITED STATES ~~MAGISTRATE~~ JUDGE