1 | Jeffrey Lewis – CA State Bar No. 066587
Email: jlewis@lewisfeinberg.com
2 | Bill Lann Lee – CA State Bar No. 108452
Email: blee@lewisfeinberg.com
3 | Andrew Lah – CA State Bar No. 234580
Email: alah@lewisfeinberg.com
4 | Sacha Crittenden Steinberger – CA State Bar No. 253823
Email: ssteinberger@lewisfeinberg.com
5 | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
6 | Oakland, CA 94612
Telephone: (510) 839-6824
7 | Facsimile: (510) 839-7839

8 | *Attorneys for Plaintiff Sonoma County Association
of Retired Employees*

10 | Raymond F. Lynch – CA State Bar No. 119065
Email: rlynch@hansonbridgett.com
11 | Sarah D. Mott – CA State Bar No. 148597
Email: smott@hansonbridgett.com
12 | Caroline Burnett – CA State Bar No. 259389
Email: cburnett@hansonbridgett.com
13 | HANSON BRIDGETT LLP
425 Market Street, 26th Floor
14 | San Francisco, CA 94105
Telephone: (415) 777-3200
15 | Facsimile: (415) 541-9366

16 | *Attorneys for Defendant Sonoma County*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOMA COUNTY ASSOCIATION OF RETIRED EMPLOYEES, <br><br> Plaintiff, <br><br> vs. <br><br> SONOMA COUNTY, <br><br> Defendant. | Case No. CV 09-4432 CW <br><br> **STIPULATION TO EXTEND TIME TO FILE RULE 26(f) REPORT;** ~~[PROPOSED]~~ **ORDER** <br><br> [No Hearing Required] |

Plaintiff the Sonoma County Association of Retired Employees ("SCARE") and Defendant the County of Sonoma (the "County"), through their respective counsel of record, hereby agree and stipulate as follows.

1. SCARE filed and served its complaint in this action on September 22, 2009, seeking declaratory and injunctive relief against the County with respect to retiree health benefits.

2. The County filed a Motion to Dismiss SCARE's Complaint on December 18, 2009. (Docket "Dkt." No. 13) Plaintiffs filed their Opposition to the County's Motion to Dismiss on January 21, 2010. (Dkt. 17.) Defendant's Reply to Plaintiff's Opposition is due on January 28, 2010.

3. The Parties' Joint Case Management Conference statement ("CMC Statement") is currently due March 30, 2010. The Parties previously stipulated to make initial disclosures, file the Rule 26(f) Report, and commence written discovery on February 5, 2010. (Dkt. 10.)

4. The Parties met and conferred on January 21, 2010, and again on January 25, 2010. As a result of and during these discussions, the Parties reconsidered the value of submitting a Rule 26(f) Report on February 5, 2010, well in advance of the April 6, 2010 Initial Case Management Conference. It is evident that the Parties' positions on the scope of discovery and, therefore, their ability to submit a realistic discovery plan and schedule, could be substantially affected by the Court's analysis and disposition of the County's pending Motion to Dismiss. The Parties now believe that the submission of their Rule 26(f) Report should be deferred until the date of the submission of the CMC Statement, as is the usual practice, so that the parties will have the benefit of the Court's disposition of the County's Motion to Dismiss.

5. Accordingly, the Parties stipulate and agree that they will file the Rule 26(f) report in conjunction with the CMC Statement on or before March 30, 2010. The Parties have scheduled additional meet and confer dates for March 17, 2010 and March 24, 2010 at 10:00 a.m. to further address the Rule 26(f) Report and the CMC Statement.

| | | |
|---|---|---|
| Dated: February 3, 2010 | | Respectfully submitted, |
| | | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. |
| | By: | /s/ Andrew Lah<br>Andrew Lah<br>*Attorneys for Plaintiff* |
| | | Jeffrey Lewis<br>Bill Lann Lee<br>Andrew Lah<br>Sacha Steinberger<br>LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.<br>1330 Broadway, Suite 1800<br>Oakland, CA 94612<br>Telephone: (510) 839-6824<br>Facsimile: (510) 839-7839 |
| | | HANSON BRIDGETT LLP |
| | By: | /s/Sarah D. Mott<br>Sarah D. Mott<br>Attorneys for Defendant |
| | | Raymond F. Lynch<br>Robert A. Blum<br>Sarah D. Mott<br>Caroline B. Burnett<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366 |

* * * * *

**ORDER**

Pursuant to the foregoing stipulation, it is so ordered.

Dated: _2/5/10_____  _____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT

| | |
|---|---|
| 1 | I, Andrew Lah, am the ECF user whose identification and password are being used to file this |
| 2 | Stipulation to Extend Time to File Rule 26(f) Report; [Proposed] Order, on behalf of all Parties |
| 3 | pursuant to Civil Local Rule 7-11. I hereby attest that, pursuant to General Order 45, Section |
| 4 | XB, concurrence in the filing of this document has been obtained from each of the other |
| 5 | signatories herein. |

Dated: February 3, 2010        By:  /s/ Andrew Lah
                                    Andrew Lah, Attorney
                                    Lewis, Feinberg, Lee, Renaker & Jackson, P.C.