```
 1  Jeffrey Lewis – CA State Bar No. 066587
    Email: jlewis@lewisfeinberg.com
 2  Bill Lann Lee – CA State Bar No. 108452
    Email: blee@lewisfeinberg.com
 3  Andrew Lah – CA State Bar No. 234580
    Email: alah@lewisfeinberg.com
 4  Sacha Crittenden Steinberger – CA State Bar No. 253823
    Email: ssteinberger@lewisfeinberg.com
 5  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
    1330 Broadway, Suite 1800
 6  Oakland, CA  94612
    Telephone: (510) 839-6824
 7  Facsimile: (510) 839-7839

 8  Attorneys for Plaintiff Sonoma County Association
    of Retired Employees
 9

10  Raymond F. Lynch – CA State Bar No. 119065
    Email: rlynch@hansonbridgett.com
11  Sarah D. Mott – CA State Bar No. 148597
    Email: smott@hansonbridgett.com
12  Caroline Burnett – CA State Bar No. 259389
    Email: cburnett@hansonbridgett.com
13  HANSON BRIDGETT LLP
    425 Market Street, 26th Floor
14  San Francisco, CA  94105
    Telephone: (415) 777-3200
15  Facsimile: (415) 541-9366

16  Attorneys for Defendant Sonoma County
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| SONOMA COUNTY ASSOCIATION OF RETIRED EMPLOYEES, | ) ) | Case No. CV 09-4432 CW |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION TO EXTEND TIME TO FILE RULE 26(f) REPORT;** ~~[PROPOSED]~~ **ORDER** |
| vs. | ) ) | [No Hearing Required] |
| SONOMA COUNTY, | ) ) |  |
| Defendant. | ) ) |  |

STIPULATION TO EXTEND TIME TO FILE RULE 26(F) REPORT; [PROPOSED] ORDER
[CASE NO. CV 09-4432 CW]                                                                                                    Page 1

      Plaintiff the Sonoma County Association of Retired Employees ("SCARE") and Defendant the County of Sonoma (the "County"), through their respective counsel of record, hereby agree and stipulate as follows.

1. SCARE filed and served its complaint in this action on September 22, 2009, seeking declaratory and injunctive relief against the County with respect to retiree health benefits.

2. The County filed a Motion to Dismiss SCARE's Complaint on December 18, 2009. (Docket "Dkt." No. 13) Plaintiffs filed their Opposition to the County's Motion to Dismiss on January 21, 2010. (Dkt. 17.) Defendant's Reply to Plaintiff's Opposition is due on January 28, 2010.

3. The Parties' Joint Case Management Conference statement ("CMC Statement") is currently due March 30, 2010. The Parties previously stipulated to make initial disclosures, file the Rule 26(f) Report, and commence written discovery on February 5, 2010. (Dkt. 10.)

4. The Parties met and conferred on January 21, 2010, and again on January 25, 2010. As a result of and during these discussions, the Parties reconsidered the value of submitting a Rule 26(f) Report on February 5, 2010, well in advance of the April 6, 2010 Initial Case Management Conference. It is evident that the Parties' positions on the scope of discovery and, therefore, their ability to submit a realistic discovery plan and schedule, could be substantially affected by the Court's analysis and disposition of the County's pending Motion to Dismiss. The Parties now believe that the submission of their Rule 26(f) Report should be deferred until the date of the submission of the CMC Statement, as is the usual practice, so that the parties will have the benefit of the Court's disposition of the County's Motion to Dismiss.

5. Accordingly, the Parties stipulate and agree that they will file the Rule 26(f) report in conjunction with the CMC Statement on or before March 30, 2010. The Parties have scheduled additional meet and confer dates for March 17, 2010 and March 24, 2010 at 10:00 a.m. to further address the Rule 26(f) Report and the CMC Statement.

| | | |
|---|---|---|
| 1  Dated:  February 3, 2010 | | Respectfully submitted, |
| 2 | | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. |
| 4 | By: | /s/ Andrew Lah |
| | | Andrew Lah |
| | | *Attorneys for Plaintiff* |

Jeffrey Lewis
Bill Lann Lee
Andrew Lah
Sacha Steinberger
LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

HANSON BRIDGETT LLP

By:  /s/Sarah D. Mott
Sarah D. Mott
Attorneys for Defendant

Raymond F. Lynch
Robert A. Blum
Sarah D. Mott
Caroline B. Burnett
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

STIPULATION TO EXTEND TIME TO FILE RULE 26(F) REPORT; [PROPOSED] ORDER
[CASE NO. CV 09-4432 CW]                                                                                          Page 3

\* \* \* \* \*

**ORDER**

Pursuant to the foregoing stipulation, it is so ordered.

Dated: _2/5/10_____    _____
                                    HONORABLE CLAUDIA WILKEN
                                    UNITED STATES DISTRICT COURT

1  I, Andrew Lah, am the ECF user whose identification and password are being used to file this
2  Stipulation to Extend Time to File Rule 26(f) Report; [Proposed] Order, on behalf of all Parties
3  pursuant to Civil Local Rule 7-11.  I hereby attest that, pursuant to General Order 45, Section
4  XB, concurrence in the filing of this document has been obtained from each of the other
5  signatories herein.

Dated: February 3, 2010            By:   /s/ Andrew Lah
                                         Andrew Lah, Attorney
                                         Lewis, Feinberg, Lee, Renaker & Jackson, P.C.