1   LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
    JEFFREY LEWIS - 066587
2   jlewis@lewisfeinberg.com
    BILL LANN LEE - 108452
3   blee@lewisfeinberg.com
    ANDREW LAH - 234580
4   alah@lewisfeinberg.com
    SACHA CRITTENDEN STEINBERGER - 253823
5   ssteinberger@lewisfeinberg.com
    1330 Broadway, Suite 1800
6   Oakland, CA  94612
    Telephone:    (510) 839-6824
7   Facsimile:    (510) 839-7839

8   Attorneys for Plaintiff
    SONOMA COUNTY ASSOCIATION OF RETIRED
9   EMPLOYEES

10  HANSON BRIDGETT LLP
    RAYMOND F. LYNCH - 119065
11  rlynch@hansonbridgett.com
    SARAH D. MOTT - 148597
12  smott@hansonbridgett.com
    CAROLINE BURNETT - 259389
13  cburnett@hansonbridgett.com
    425 Market Street, 26th Floor
14  San Francisco, CA  94105
    Telephone:    (415) 777-3200
15  Facsimile:    (415) 541-9366

16  Attorneys for Defendant
    THE COUNTY OF SONOMA

17
                    **UNITED STATES DISTRICT COURT**
18
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
19
                         **OAKLAND DIVISION**
20

21
    SONOMA COUNTY ASSOCIATION OF          No. CV 09-4432 CW
22  RETIRED EMPLOYEES,
                                          **STIPULATION AND ORDER FOR FILING**
23                  Plaintiff,            **OF AMENDED COMPLAINT AND**
                                          **RESPONSIVE MOTION OR PLEADING**
24        v.
                                          **Action Filed:    September 22, 2009**
25  SONOMA COUNTY,

26                  Defendant.

27

28

STIPULATION AND [PROPOSED] ORDER FOR FILING OF AMENDED COMPLAINT AND
RESPONSIVE MOTION OR PLEADING  (CASE NO. CV 09-4432 CW)                    2322071.1

1    Plaintiff Sonoma County Association of Retired Employees ("Plaintiff") and Defendant

2    Sonoma County ("County") hereby stipulate to the following schedule for Plaintiff's filing of and

3    Defendant's response to Plaintiff's first amended complaint as follows:

4        Filing of Plaintiff's First Amended Complaint              July 6, 2010

5        Filing of Defendant's Rule 12 Motion(s) or Answer          July 27, 2010

6        Filing of Plaintiff's Opposition Brief(s)                  August 10, 2010

7        Filing of Defendant's Reply Brief(s)                       August 17, 2010

8        Pursuant to the Court's direction during the Case Management Conference held on April

9    6, 2010, no hearing date will be set for the Rule 12 motion(s) at this time.

10

11   DATED: May 5,  2010                          LEWIS, FEINBERG, LEE, RENAKER &
                                                  JACKSON, P.C.
12

13                                                By:/s/BILL LANN LEE
                                                     JEFFREY  LEWIS
                                                     BILL LANN LEE
14                                                   Attorneys for Plaintiff
                                                     SONOMA COUNTY ASSOCIATION OF
15                                                   RETIRED EMPLOYEES

16

17   DATED: May 5,  2010                          HANSON BRIDGETT LLP

18                                                By:/s/RAYMOND F. LYNCH
                                                     RAYMOND F. LYNCH
19                                                   SARAH D. MOTT
                                                     Attorneys for Defendant
20                                                   SONOMA COUNTY

21

22       IT IS SO ORDERED.

23   Dated:  May 10, 2010

24                                                HON. CLAUDIA WILKEN
                                                  United States Judge
25

26

27

28

- 2 -

1

## SIGNATURES UNDER GENERAL ORDER NO. 45

2          Pursuant to General Order No. 45 of the United States District Court, Northern District of

3   California, I, Raymond F. Lynch—the ECF User whose User ID and Password are used in the

4   filing of this document—hereby attest that the concurrence to the filing of this document has been

5   obtained from each of the other signatories to this document.

6

7                                        /s/
                                         Raymond F. Lynch

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR FILING OF AMENDED COMPLAINT AND
RESPONSIVE MOTION OR PLEADING  (CASE NO. CV 09-4432 CW)

23322071.1