1   LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
    JEFFREY LEWIS - 066587
2   jlewis@lewisfeinberg.com
    BILL LANN LEE - 108452
3   blee@lewisfeinberg.com
    ANDREW LAH - 234580
4   alah@lewisfeinberg.com
    SACHA CRITTENDEN STEINBERGER - 253823
5   ssteinberger@lewisfeinberg.com
    1330 Broadway, Suite 1800
6   Oakland, CA  94612
    Telephone:     (510) 839-6824
7   Facsimile:     (510) 839-7839

8   Attorneys for Plaintiff
    SONOMA COUNTY ASSOCIATION OF RETIRED
9   EMPLOYEES

10  HANSON BRIDGETT LLP
    RAYMOND F. LYNCH - 119065
11  rlynch@hansonbridgett.com
    SARAH D. MOTT - 148597
12  smott@hansonbridgett.com
    CAROLINE BURNETT - 259389
13  cburnett@hansonbridgett.com
    425 Market Street, 26th Floor
14  San Francisco, CA  94105
    Telephone:     (415) 777-3200
15  Facsimile:     (415) 541-9366

16  Attorneys for Defendant
    THE COUNTY OF SONOMA
17
                    **UNITED STATES DISTRICT COURT**
18
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
19
                        **OAKLAND DIVISION**
20

21  SONOMA COUNTY ASSOCIATION OF         No. CV 09-4432 CW
22  RETIRED EMPLOYEES,
                                         **STIPULATION AND [PROPOSED]**
23              Plaintiff,               **ORDER TO CONTINUE CASE**
                                         **MANAGEMENT CONFERENCE**
24        v.
                                         **Action Filed:     September 22, 2009**
25  SONOMA COUNTY,

26              Defendant.

27

28

1    Plaintiff Sonoma County Association of Retired Employees ("Plaintiff") and Defendant

2    Sonoma County ("County"), by and through their respective counsel of record, hereby stipulate to

3    the following facts and request that the Court issue an Order continuing the Case Management

4    Conference in the above-captioned action, as set forth below.

5    WHEREAS, Plaintiff filed its Complaint (the "Complaint") with this Court on September

6    22, 2009.

7    WHEREAS, the County filed a Motion to Dismiss the Complaint on December 18, 2009.

8    WHEREAS, on May 14, 2010, this Court granted the County's Motion to Dismiss with

9    leave to amend.

10   WHEREAS, Plaintiff filed its First Amended Complaint (the "Amended Complaint") with

11   this Court on July 6, 2010.

12   WHEREAS, the County filed a Motion to Dismiss the Amended Complaint (the "Motion

13   to Dismiss") on July 27, 2010 .

14   WHEREAS, the County's Motion to Dismiss is currently under submission and a hearing

15   has not been scheduled.

16   WHEREAS, a Case Management Conference is currently scheduled for September 14,

17   2010.

18   / / / / /

19   / / / / /

20   / / / / /

21   / / / / /

22   / / / / /

23   / / / / /

24   / / / / /

25   / / / / /

26   / / / / /

27   / / / / /

28   / / / / /

- 2 -

1    Based upon the foregoing facts, IT IS HEREBY STIPULATED AND AGREED:

2    1.    That, given the pending Motion to Dismiss, the Case Management Conference be

3    continued thirty (30) days after the currently scheduled Conference, or as soon thereafter as this

4    Court may hear this matter.

5    **IT IS SO STIPULATED.**

6

7

8    DATED:  September 3, 2010                LEWIS, FEINBERG, LEE, RENAKER &
                                             JACKSON, P.C.

9

10                                           By: /s/ *Bill Lann Lee*
                                             JEFFREY  LEWIS
11                                           BILL LANN LEE
                                             Attorneys for Plaintiff
12                                           SONOMA COUNTY ASSOCIATION OF
                                             RETIRED EMPLOYEES

13

14    DATED:  September 3, 2010                HANSON BRIDGETT LLP

15

16                                           By: /s/ *Raymond F. Lynch*
                                             RAYMOND F. LYNCH
                                             SARAH D. MOTT
17                                           Attorneys for Defendant
                                             SONOMA COUNTY

18

19

20

21

22

23

24

25

26

27

28

- 3 -

1

**ORDER**

2          The Court, having reviewed the above Stipulation to Continue the Case Management

3   Conference, HEREBY ORDERS AS FOLLOWS:

4          The Case Management Conference, previously scheduled for September 14, 2010 at 2:00

5   p.m., shall be continued to _Oct._ _26_ , 2010.  The parties shall file a CMC statement a week

6   before that date.

7   **IT IS SO ORDERED.**

8

9

    Dated:  September _9_, 2010

10                                              HON. CLAUDIA WILKEN
                                               United States Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

1

SIGNATURES UNDER GENERAL ORDER NO. 45

2

Pursuant to General Order No. 45 of the United States District Court, Northern District of

3

California, I, Raymond F. Lynch—the ECF User whose User ID and Password are used in the

4

filing of this document—hereby attest that the concurrence to the filing of this document has been

5

obtained from each of the other signatories to this document.

6

7

/s/ *Raymond F. Lynch*
Raymond F. Lynch

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
(CASE NO. CV 09-4432 CW)

2563379.1