IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOMA COUNTY ASS'N OF RETIRED EMPLOYEES,<br><br>    Plaintiff,<br><br>   v.<br><br>SONOMA COUNTY,<br><br>    Defendant.<br>_____/ | No. C 09-4432 CW<br><br>ORDER SETTING BRIEFING SCHEDULE |

On February 25, 2013, the Ninth Circuit vacated this Court's November 2011 order granting Defendant Sonoma County's motion to dismiss and remanded the case for further proceedings consistent with the California Supreme Court's decision in <u>Retired Employees Assn. of Orange County, Inc. v. County of Orange</u>, 52 Cal. 4th 1171 (2011).

Plaintiff Sonoma County Association of Retired Employees is directed to file its second amended complaint within fourteen days of this order.  Defendant must file a responsive pleading or a motion to dismiss no later than twenty-one days after Plaintiff files the complaint.  The Court will hold a case management conference at 2:00 p.m. on Thursday, July 11, 2013.  If Defendant files a motion to dismiss, it will be heard on that date, as well.

IT IS SO ORDERED.

Dated: 4/29/2013

                                 CLAUDIA WILKEN
                                 United States District Judge