IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
SONOMA COUNTY ASS'N OF RETIRED              No. C 09-4432 CW
EMPLOYEES,
                                            ORDER SETTING
          Plaintiff,                        BRIEFING SCHEDULE

     v.

SONOMA COUNTY,

          Defendant.
_____/
```

On February 25, 2013, the Ninth Circuit vacated this Court's November 2011 order granting Defendant Sonoma County's motion to dismiss and remanded the case for further proceedings consistent with the California Supreme Court's decision in <u>Retired Employees Assn. of Orange County, Inc. v. County of Orange</u>, 52 Cal. 4th 1171 (2011).

Plaintiff Sonoma County Association of Retired Employees is directed to file its second amended complaint within fourteen days of this order.  Defendant must file a responsive pleading or a motion to dismiss no later than twenty-one days after Plaintiff files the complaint.  The Court will hold a case management conference at 2:00 p.m. on Thursday, July 11, 2013.  If Defendant files a motion to dismiss, it will be heard on that date, as well.

IT IS SO ORDERED.

Dated: 4/29/2013

_____
CLAUDIA WILKEN
United States District Judge