LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
JEFFREY LEWIS, SBN 066587
jlewis@lewisfeinberg.com
TERESA S. RENAKER, SBN 187800
trenaker@lewisfeinberg.com
ANDREW LAH, SBN 234580
alah@lewisfeinberg.com
DARIN D. RANAHAN, SBN 273532
dranahan@lewisfeinberg.com
476 9th Street
Oakland, CA  94607
Telephone:   (510) 839-6824
Facsimile:   (510) 839-7839

Attorneys for Plaintiff
SONOMA COUNTY ASSOCIATION OF RETIRED EMPLOYEES

HANSON BRIDGETT LLP
RAYMOND F. LYNCH, SBN 119065
rlynch@hansonbridgett.com
LAWRENCE M. CIRELLI, SBN 114710
lcirelli@hansonbridgett.com
STEPHEN B. PECK, SBN 72214
speck@hansonbridgett.com
JANE M. FEDDES, SBN 282117
jfeddes@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for COUNTY OF SONOMA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| SONOMA COUNTY ASSOCIATION OF RETIRED EMPLOYEES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SONOMA COUNTY,<br><br>　　　　Defendant. | CASE NO. CV  09-4432 CW<br><br>**STIPULATION AND ORDER RE CASE SCHEDULE**<br><br>Judge:  Hon. Claudia Wilken |

1  Plaintiff Sonoma County Association of Retired Employees ("Plaintiff") and
2  Defendant County of Sonoma ("Defendant") (collectively the "Parties"), by and through
3  their respective counsel of record, hereby stipulate to the following schedule and request
4  that the Court issue an Order regarding the case schedule.

5  WHEREAS, on January 10, 2014, the Court issued its Order granting in part, and
6  denying in part, Defendant's motion to dismiss (Dkt. No. 96);

7  WHEREAS, prior to the Court's order granting in part Defendant's motion to
8  dismiss, the Parties stipulated to a number of case deadlines based on the anticipated
9  filing of Defendant's answer, including a dispositive motion briefing schedule, a
10 dispositive motion hearing date, a deadline for expert disclosure, and a discovery cutoff
11 date, which stipulation the Court granted (Dkt. Nos. 94-95);

12 THEREFORE, Plaintiff Sonoma County Association of Retired Employees and
13 Defendant County of Sonoma hereby stipulate to the following case schedule:

14 • Plaintiff's dispositive motion is due on September 5, 2014 (224 days from
15 January 24, 2014, the date Defendant filed its answer to Plaintiff's Second Amended
16 Complaint);

17 • Defendant's opposition thereto and dispositive cross-motion are due on
18 October 3, 2014 (28 days after Plaintiff's dispositive motion is filed);

19 • Plaintiff's reply in support of its dispositive motion and/or opposition to
20 Defendant's dispositive cross-motion are due on October 17, 2014 (14 days after
21 Defendant's cross-motion and opposition is filed);

22 • Defendant's reply in support of its dispositive cross-motion is due on
23 October 31, 2014 (14 days after Plaintiff files its opposition to Defendant's cross-motion);

24 • The parties' dispositive motions will be heard on November 20, 2014 at 2
25 p.m., or as soon thereafter as the Court schedules the hearing (the first civil law and
26 motion calendar after 294 days from the date Defendant filed its answer);

27 • The deadline for expert disclosures is December 15, 2014 (323 days from
28 the date Defendant files its answer); and

- The cutoff for both expert and non-expert discovery is February 12, 2015 (384 days from the date Defendant filed its answer).

**IT IS SO STIPULATED**.

DATED: February 28, 2014   LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By:    */s/ Jeffrey Lewis*
JEFFREY LEWIS
TERESA S. RENAKER
ANDREW LAH
DARIN RANAHAN
Attorneys for Plaintiff
SONOMA COUNTY ASSOCIATION OF RETIRED EMPLOYEES

DATED: February 28, 2014   HANSON BRIDGETT LLP

By:    */s/ Raymond F. Lynch*
RAYMOND F. LYNCH
LAWRENCE M. CIRELLI
STEPHEN B. PECK
JANE M. FEDDES
JULIE VEIT
Attorneys for Defendant COUNTY OF SONOMA

**ATTESTATION**

I hereby attest that, for all conformed signatures indicated by a "/s/," the signatory has concurred in the filing of this document.

DATED: February 28, 2014    HANSON BRIDGETT LLP

By:    /s/ *Raymond F. Lynch*
   RAYMOND F. LYNCH
   LAWRENCE M. CIRELLI
   STEPHEN B. PECK
   JANE M. FEDDES
   JULIE VEIT
   Attorneys for Plaintiff
   SONOMA COUNTY ASSOCIATION OF
   RETIRED EMPLOYEES

**ORDER**

The court, having reviewed the above Stipulation Re Case Schedule, HEREBY ADOPTS THE STIPULATION AND SO ORDERS:

- Plaintiff's dispositive motion is due on September 5, 2014 (224 days from January 24, 2014, the date Defendant filed its answer);
- Defendant's opposition thereto and dispositive cross-motion are due on October 3, 2014 (28 days after Plaintiff's dispositive motion is filed);
- Plaintiff's reply in support of its dispositive motion and opposition to Defendant's dispositive cross-motion are due on October 17, 2014 (14 days after Defendant's cross-motion and opposition are due on October 6, 2014);
- Defendant's reply in support of its dispositive cross-motion is due on October 31, 2014 (14 days after Plaintiff files its opposition to Defendant's cross-motion);
- The Parties' dispositive motions will be heard on November 20, 2014, at 2 p.m., or as soon thereafter as the Court schedules the hearing (the first civil law and motion calendar after 294 days from the date Defendant filed its answer;
- The deadline for expert disclosures is December 15, 2014 (323 days from January 24, 2014);
- The cutoff for both expert and non-expert discovery will be February 12, 2015 (384 days from January 24, 2014); and
- The discovery stay was lifted on January 24, 2014, the date Defendant filed its answer to the Second Amended Complaint.

**IT IS SO ORDERED**. A further case management conference will be heard on November 20, 2014 along with the dispositive motions.

Dated: March 3, 2014

_____
HONORABLE CLAUDIA WILKEN