Jeffrey Lewis – CA State Bar No. 066587
Teresa Renaker – CA State Bar No. 187800
Darin Ranahan – CA State Bar No. 273532
Magdalena Guadalupe – CA State Bar No. 288432
LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.
476 9th Street
Oakland, CA 94607
Telephone: (510) 839-6824
Facsimile:  (510) 839-7839
E-Mail: jlewis@lewisfeinberg.com
E-Mail: trenaker@lewisfeinberg.com
E-Mail: dranahan@lewisfeinberg.com
E-Mail: mguadalupe@lewisfeinberg.com

*Attorneys for Plaintiff Sonoma County Association of Retired Employees*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| SONOMA COUNTY ASSOCIATION OF RETIRED EMPLOYEES,<br><br>Plaintiff,<br><br>v.<br><br>SONOMA COUNTY,<br><br>Defendant. | Case No. CV 09-4432 CW<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINES |

This Court, having heard Plaintiff's administrative motion for an extension of the dispositive motion deadlines in this matter and having carefully reviewed the briefs from the parties and the contents of the Court's file in this matter, hereby GRANTS Plaintiff's administrative motion. The Court hereby ORDERS the following modified case schedule:

• Plaintiff's dispositive motion is due on February 26, 2015;

• Defendant's opposition thereto and dispositive cross-motion are due on March 26, 2015 (28 days after Plaintiff's dispositive motion is filed);

1  • Plaintiff's reply in support of its dispositive motion and/or opposition to
2  Defendant's dispositive cross-motion are due on April 9, 2015 (14 days after Defendant's cross-
3  motion and opposition is filed);
4  • Defendant's reply in support of its dispositive cross-motion is due on April 23,
5  2015 (14 days after Plaintiff files its opposition to Defendant's cross-motion);
6  • The parties' dispositive motions will be heard on May 7, 2015 at 2 p.m., or as soon
7  thereafter as the Court schedules the hearing;
8  • The deadline for expert disclosures shall remain January 29, 2015; and
9  • The cutoff for both expert and non-expert discovery shall remain March 31, 2015.

IT IS SO ORDERED.

_____
The Honorable Claudia Wilken
United States District Court Judge