Jeffrey Lewis – CA State Bar No. 066587
Teresa S. Renaker – CA State Bar No. 187800
Darin Ranahan – CA State Bar No. 273532
LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.
476 9th Street
Oakland, CA 94607-4048
Telephone: (510) 839-6824
Facsimile:  (510) 839-7839
E-Mail: jlewis@lewisfeinberg.com
E-Mail: trenaker@lewisfeinberg.com
E-Mail: dranahan@lewisfeinberg.com

*Attorneys for Sonoma County Association of Retired Employees*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/ OAKLAND DIVISION

| | |
|---|---|
| SONOMA COUNTY ASSOCIATION OF RETIRED EMPLOYEES,<br><br>Plaintiff,<br><br>v.<br><br>SONOMA COUNTY,<br><br>Defendant. | Case No. CV 09-4432 CW<br><br>[~~PROPOED~~] **ORDER PERMITTING WITHDRAWAL OF INDIVIDUAL COUNSEL FOR PLAINTIFF** |

Plaintiff has submitted a Notice of Withdrawal of Individual Counsel for Plaintiff, requesting that Magdalena Guadalupe of Lewis, Feinberg, Lee, Renaker & Jackson, P.C. be withdrawn as counsel and attorney of record in this case.

Having considered the Notice of Withdrawal of Individual Counsel for Plaintiff, and Plaintiff's compliance with Rule 11-5(a) of the Local Rules of the United States District Court for the Northern District of California, IT IS ORDERED that Magdalena Guadalupe is relieved and may withdraw as counsel and attorney of record for Plaintiff in this matter.

//

1     IT IS SO ORDERD.

_[signature: Claudia Wilken]_
The Honorable Claudia Wilken
United States District Court Judge