IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SONOMA COUNTY ASS'N OF RETIRED EMPLOYEES,

       Plaintiff,

  v.

SONOMA COUNTY,

       Defendant.

_____/

No. C 09-4432 CW

ORDER GRANTING
MOTION FOR LEAVE
TO FILE MOTION FOR
RECONSIDERATION

(Docket No. 142)

In May 2013, after this case was remanded from the Ninth Circuit, Plaintiff Sonoma County Association of Retired Employees (SCARE) filed its Second Amended Complaint (2AC) asserting that Defendant Sonoma County's new cap on healthcare benefit contributions to retirees constituted a breach of the County's longstanding agreement to pay for its retirees' healthcare benefits costs in perpetuity.  The County filed a motion to dismiss for failure to state a claim and lack of subject matter jurisdiction.  On January 10, 2014, the Court granted the motion in part, dismissing the 2AC with respect to non-union retirees and those hired before 1990.  Docket No. 96.  In addition, the Court precluded Plaintiff from proceeding on any claims based on the 1985 "tie agreement," reasoning that SCARE had failed to identify a specific ordinance or resolution creating that contract.  Id. Plaintiff now requests leave to file motion for reconsideration, noting that the distinction between pre- and post- 1990 hires was not addressed in Defendant's motion to dismiss SCARE's 2AC or

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

1   Plaintiff's opposition.  In addition, SCARE contends that new

2   material facts have been revealed in the course of discovery.

3        After considering the parties' submissions, the Court GRANTS

4   Plaintiff's motion for leave to file motion for reconsideration.

5   Docket No. 142.  The request for leave is deemed to constitute the

6   motion for reconsideration.  Defendant may file a response of

7   fifteen pages or less within fourteen days of the date of this

8   order.  Plaintiff may file a reply in support of its motion of up

9   to seven pages within seven days thereafter.  The matter will be

10  decided on the papers unless a hearing is set by the Court.  The

11  parties may stipulate to extending the upcoming deadlines.

12       IT IS SO ORDERED.

13

14  Dated: 2/19/2015                    _____
                                        CLAUDIA WILKEN
15                                      United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28