1   Jeffrey Lewis – CA State Bar No. 066587
    Darin Ranahan – CA State Bar No. 273532
2   Linda Lam – CA State Bar No. 301461
    LEWIS, FEINBERG, LEE
3   & JACKSON, P.C.
    476 9th Street
4   Oakland, CA 94607
    Telephone: (510) 839-6824
5   Facsimile:  (510) 839-7839
    E-Mail: jlewis@lewisfeinberg.com
6   E-Mail: dranahan@lewisfeinberg.com
    E-Mail: llam@lewisfeinberg.com
7
    *Attorneys for Plaintiff Sonoma County*
8   *Association of Retired Employees*

9
                    IN THE UNITED STATES DISTRICT COURT
10
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO/OAKLAND DIVISION
12

13
    SONOMA COUNTY ASSOCIATION OF          Case No. CV 09-4432 CW
14  RETIRED EMPLOYEES,
                                          **DECLARATION OF DARIN RANAHAN IN**
15              Plaintiff,                **SUPPORT OF PLAINTIFF'S MOTION**
                                          **FOR PARTIAL SUMMARY JUDGMENT**
16       v.
                                          Date:      August 6, 2015
17  SONOMA COUNTY,                        Time:      2 p.m.
                                          Courtroom: 2, 4th Floor
18              Defendant.                Judge:     Hon. Claudia Wilken

19

20

21

22

23

24

25

26

27

28

I, Darin Ranahan, declare and state as follows:

I am an attorney with the firm of Lewis, Feinberg, Lee & Jackson, P.C., and I represent the Plaintiff in this case. I make this declaration based on my personal knowledge, and if called as a witness would competently testify to the matters asserted herein.

**Deposition Transcripts**

1.     Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition of Ann Goodrich.

2.     Attached hereto as Exhibit B is a true and correct copy of excerpts from the deposition of William Hart.

3.     Attached hereto as Exhibit C is a true and correct copy of excerpts from the deposition of Bob Deis.

4.     Attached hereto as Exhibit D is a true and correct copy of excerpts from the deposition of Richard Gearhart.

5.     Attached hereto as Exhibit E is a true and correct copy of excerpts from the deposition of Ernie Carpenter.

6.     Attached hereto as Exhibit F is a true and correct copy of excerpts from the deposition of Gail Braun.

7.     Attached hereto as Exhibit G is a true and correct copy of excerpts from the deposition of Kathy Wertz.

8.     Attached hereto as Exhibit H is a true and correct copy of excerpts from the deposition of Marcia Chadbourne.

9.     Attached hereto as Exhibit I is a true and correct copy of excerpts from the deposition of Mike Chrystal.

10.     Attached hereto as Exhibit J is a true and correct copy of excerpts from the deposition of Ray Myers.

11.     Attached hereto as Exhibit K is a true and correct copy of excerpts from the deposition of Thomas Drumm.

12.     Attached hereto as Exhibit L is a true and correct copy of excerpts from the

1  deposition of Cristine Alilovich.

2      13.    Attached hereto as Exhibit M is a true and correct copy of excerpts from the

3  deposition of Jim Andersen.

4      14.    Attached hereto as Exhibit N is a true and correct copy of excerpts from the

5  deposition of Kenneth Couch.

6      15.    Attached hereto as Exhibit O is a true and correct copy of excerpts from the

7  deposition of Joanne Sidwell.

8      16.    Attached hereto as Exhibit P is a true and correct copy of excerpts from the

9  deposition of Timothy Smith.

10  **Deposition Exhibits**

11      17.    Attached hereto are various documents previously introduced as exhibits in

12  depositions in this matter, with reference to authenticating deposition testimony or witness

13  declaration excerpts.

14      a.    Exhibit 1 is a true and correct copy of a letter from William Hart to Mike

15  Chrystal, dated February 13, 2001.  This exhibit is authenticated at Hart

16  Dep.[1] 36:16-37:8 (attached hereto as Exhibit B) and Chrystal Dep. 154:9-

17  18 (attached hereto as Exhibit I).

18      b.    Exhibit 2 is a true and correct copy of a Sonoma County ("County") job

19  announcement for a Planner II position.  This exhibit is authenticated at

20  Hart Dep. 41:6-43:21 (attached hereto as Exhibit B).

21      c.    Exhibit 5 is a true and correct copy of the Declaration of Bill Hart in

22  Support of Plaintiff's Memorandum of Points and Authorities in Support of

23  Stipulation to Perpetuate Testimony of Bill Hart, ECF No. 67-2.  This

24  exhibit is authenticated at Hart Dep. 122:20-123:5 (attached hereto as

25  Exhibit B).

26

27      ————————————————

28  [1] "Hart Dep." refers to the Deposition of William Hart.  Relevant pages of all depositions cited herein are similarly denominated and are attached to this declaration.

DECLARATION OF D. RANAHAN IN SUPPORT
OF MOT. FOR PARTIAL SUMMARY JUDGMENT    -3-
CASE NO. CV 09-4432 CW

1     d.  Exhibit 9 is a true and correct copy of a letter from Richard Gearhart to

2         Don Merz, dated May 18, 1989.  This exhibit is authenticated at Gearhart

3         Dep. 80:19-81:6 (attached hereto as Exhibit D) and Myers Dep. 94:3-12

4         (attached hereto as Exhibit J).

5     e.  Exhibit 19 is a true and correct copy of a letter from Richard Gearhart to

6         Tom Schopflin, dated May 11, 1992.  This exhibit is authenticated at

7         Gearhart Dep. 144:18-145:2 (attached hereto as Exhibit D).

8     f.  Exhibit 20A is a true and correct copy of the County Board of Supervisors

9         ("Board") Resolution No. 89-1623.  This exhibit is authenticated at

10        Gearhart Dep. 162:3-163:4 (attached hereto as Exhibit D).  Additionally,

11        Plaintiff requests judicial notice of Exhibit 20A.  *See* Plaintiff's Request for

12        Judicial Notice in Support of Motion for Partial Summary Judgment at 2.

13     g.  Exhibit 26 is a true and correct copy of a letter from Richard Gearhart to

14        Ann Goodrich, dated December 6, 2007.  This exhibit is authenticated at

15        Gearhart Dep. 239:16-23 (attached hereto as Exhibit D).

16     h.  Exhibit 27 is a true and correct copy of Board Resolution No. 07-0268.

17        This exhibit is authenticated at Gearhart Dep. 242:18-243:3 (attached

18        hereto as Exhibit D) and Myers Dep. 265:19-266:8 (attached hereto as

19        Exhibit J).  Additionally, Plaintiff requests judicial notice of Exhibit 27.

20        *See* Plaintiff's Request for Judicial Notice in Support of Motion for Partial

21        Summary Judgment at 2.

22     i.  Exhibit 30 is a true and correct copy of an e-mail from Gail Braun to Ray

23        Myers, dated October 14, 2005.  This exhibit is authenticated at Myers

24        Dep. 194:3-24 (attached hereto as Exhibit J) and Braun Dep. 78:5-7

25        (attached hereto as Exhibit F).

26     j.  Exhibit 45 is a true and correct copy of the County's Frequently Asked

27        Questions on Retiree Health Benefits.  This exhibit is authenticated at

28        Wertz Dep. 96:12-97:6 (attached hereto as Exhibit G) and Chadbourne

1      Dep. 194:6-23 (attached hereto as Exhibit H).

2    k.  Exhibit 90 is a true and correct copy of a County job announcement for a

3      Project Specialist position.  This exhibit is authenticated at Goodrich Dep.

4      38:5-23 (attached hereto as Exhibit A) and Chadbourne Dep. 189:12-

5      190:18 (attached hereto as Exhibit H).

6    l.  Exhibit 91 is a true and correct copy of a County job announcement for an

7      Accountant III position.  This exhibit is authenticated at Goodrich Dep.

8      44:23-46:10 (attached hereto as Exhibit A).

9    m.  Exhibit 92[2] is a true and correct copy of a County job announcement for a

10     Redevelopment Associate position.

11    n.  Exhibit 93 is a true and correct copy of a County job announcement for an

12     Employee Benefits Analyst (Risk Management Analyst II) position.  This

13     exhibit is authenticated at Goodrich Dep. 51:1-13 (attached hereto as

14     Exhibit A).

15    o.  Exhibit 94 is a true and correct copy of a County job announcement for a

16     Deputy Sheriff II (Court Security) position.  This exhibit is authenticated at

17     Goodrich Dep. 53:7-22 (attached hereto as Exhibit A).

18    p.  Exhibit 95 is a true and correct copy of a County job announcement for a

19     Deputy Sheriff II (Lateral) position.  This exhibit is authenticated at

20     Goodrich Dep. 56:19-24 (attached hereto as Exhibit A).

21    q.  Exhibit 102 is a true and correct copy of a County Agenda Item Transmittal

22     Report, dated April 10, 2007.  This exhibit is authenticated at Goodrich

23     Dep. 83:9-84:18 (attached hereto as Exhibit A).

24    r.  Exhibit 106 is a true and correct copy of a County Agenda Item Transmittal

25     Report, dated November 6, 2007.  This exhibit is authenticated at Goodrich

26

27 [2] Where no authenticating evidence is cited, as here, the exhibit is self-authenticating pursuant to
Federal Rule of Evidence 901 and/or authenticated by the fact that such document was produced

28 by Defendant during the course of discovery in this action.

DECLARATION OF D. RANAHAN IN SUPPORT
OF MOT. FOR PARTIAL SUMMARY JUDGMENT   -5-
CASE NO. CV 09-4432 CW

1        Dep. 105:12-106:25 (attached hereto as Exhibit A).

2    s.   Exhibit 109 is a true and correct copy of a February 19, 2008 e-mail from

3         James Andersen to Ann Goodrich, Cristine Alilovich, Gary Bei, and

4         Rodney Dole.  This exhibit is authenticated at Goodrich Dep. 114:13-21

5         (attached hereto as Exhibit A).

6    t.   Exhibit 111 is a true and correct copy of a letter from Ann Goodrich to all

7         Service Employees International Union ("SEIU") 1021 employees, dated

8         July 28, 2008.  This exhibit is authenticated at Goodrich Dep. 123:7-14

9         (attached hereto as Exhibit A) and Drumm Dep. 157:2-9 (attached hereto

10        as Exhibit K).

11   u.   Exhibit 137 is a true and correct copy of minutes from a July 9, 2008

12        bargaining session between SEIU and the County.

13   v.   Exhibit 143 is a true and correct copy of a letter (dated January 6, 1999)

14        and memorandum (dated January 7, 1999) from Kathy Wertz.  This exhibit

15        is authenticated at Chadbourne Dep. 59:10-60:6 (attached hereto as Exhibit

16        H).

17   w.   Exhibit 151 is a true and correct copy of a June 15, 2005 project outline

18        regarding Other Post-Employment Benefits ("OPEB").  This exhibit is

19        authenticated at Chadbourne Dep. 138:14-23 (attached hereto as Exhibit

20        H).

21   x.   Exhibit 159 is a true and correct copy of planning meeting notes regarding

22        Sonoma County Annual Enrollment, prepared by Segal.

23   y.   Exhibit 161 is a true and correct copy of minutes from an April 9, 2008

24        bargaining session between SEIU and the County.

25   z.   Exhibit 164 is a true and correct copy of handwritten notes by Cristine

26        Alilovich.  This exhibit is authenticated at Alilovich Dep. 104:22-106:15

27        (attached hereto as Exhibit L).

28   aa.  Exhibit 240 is a true and correct copy of a December 5, 2007 e-mail from

James Andersen to Bob Deis, Ann Goodrich, and Cristine Alilovich.

**Other Exhibits**

18.     Attached hereto as Exhibit 401 is a true and correct copy of the expert report of Teresa Ghilarducci prepared for Plaintiff and produced in the course of this litigation.

19.     Attached hereto as Exhibit 402 (P002035-38) is a true and correct copy of a County job announcement for an Engineering Aide position, and related employment information.

20.     Attached hereto as Exhibit 403 (P008880-81 at 81) is a true and correct copy of a County job announcement for a Deputy Sheriff position.

21.     Attached hereto as Exhibit 404 (P024913-15) is a true and correct copy of a letter from the County Personnel Department to a Deputy Sheriff Applicant.

22.     Attached hereto as Exhibit 405 is a true and correct copy of Defendant's Response to Plaintiff's First Set of Requests for Admission.

23.     Attached hereto as Exhibit 406 (SONOMA-H-285900-03) is a true and correct copy of a January 4, 2006 e-mail from Gary Bei to Marcia Chadbourne and Rodney Dole, and the attached draft of responses to a December 30, 2005 letter from Rick Roeder to Rodney Dole.

24.     Attached hereto as Exhibit 407 (SONOMA-H-505937-41) is a true and correct copy of a December 12, 2005 e-mail from Bob Deis to Mike Kerns, Mike Reilly, Paul Kelley, Tim Smith, and Valerie Brown.

25.     Attached hereto as Exhibit 408 (SONOMA-H-041642-43) is a true and correct copy of a proposal summary from 2007 negotiations between Sonoma County Law Enforcement Association ("SCLEA") and the County.

26.     Attached hereto as Exhibit 409 (SONOMA-H-041004-06) is a true and correct copy of a proposal summary from 2007 negotiations between DSA/Deputy Sheriff's Law Enforcement Management and the County.

27.     Attached hereto as Exhibit 410 (SONOMA-H-041630-35) is a true and correct copy of minutes from a March 29, 2007 bargaining session between SCLEA and the County.

28.     Attached hereto as Exhibit 411 (SONOMA-H-072197-229) is a true and correct

1   copy of an Actuarial Valuation of Retiree Health Benefits as of December 31, 2004.

2       29.     Attached hereto as Exhibit 412 (SONOMA-H-028427-465) is a true and correct

3   copy of an Actuarial Valuation of Retiree Health Benefits as of December 31, 2004.

4       30.     Attached hereto as Exhibit 413 (P061098) is a true and correct copy of Gabriel,

5   Roeder, Smith & Company's invoice to the County, dated March 31, 2006.

6       31.     Attached hereto as Exhibit 414 (SONOMA-H-027838-40) is a true and correct

7   copy of notes regarding OPEB Project Action Items, dated January 11, 2008.

8       32.     Attached hereto as Exhibit 415 (P043157-59) is a true and correct copy of a

9   memorandum from John Sweeten and Steve Keil to all County administrative officers, dated

10  October 28, 2005.

11                              **<u>Appendices</u>**

12      33.     Finally, attached hereto are two demonstratives prepared by Plaintiff for the

13  Court's reference.  Appendix I is a list of key personnel cited in Plaintiffs' Motion for Partial

14  Summary Judgment and supporting exhibits.  Appendix II is Plaintiff's summary chart of

15  Memoranda of Understanding ("MOUs") attached to the Second Amended Complaint.  (Plaintiff

16  has also requested that the Court take judicial notice of the MOUs listed in this chart, and of the

17  resolutions ratifying these MOUs.  *See* Plaintiff's Request for Judicial Notice in Support of

18  Motion for Partial Summary Judgment at 2.)

19

20      I declare under penalty of perjury that the foregoing is true and correct. Executed on May

21  28, 2015 in Oakland, California.

22                          By:   */s/ Darin Ranahan*_____
                                  Darin Ranahan
23

24

25

26

27

28