# EXHIBIT 401

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SONOMA COUNTY ASSOCIATION OF RETIRED EMPLOYEES, | Case No. CV 09-4432 CW |
| Plaintiff, | |
| v. | |
| SONOMA COUNTY, | |
| Defendant. | |

**Expert Report of**

**Teresa Ghilarducci, PhD**

**February 12, 2015**

## I.      Introduction.

I have been engaged by counsel for Plaintiff Sonoma County Association of Retired Employees ("SCARE") to express my opinion about (1) customs, practices, usages, and terminology applicable to negotiated retiree medical benefits, particularly in the California public employment context; and (2) the specific retiree medical benefits at issue in this case.

## II.     Summary of Expert Qualifications and Evidence Considered.

I am a labor economist and nationally-recognized expert in retirement security. I currently hold the Bernard L. and Irene Schwartz Chair in economic policy analysis at the New School in New York and direct the Schwartz Center for Economic Policy Analysis (SCEPA), which focuses on economic policy research and outreach. I previously taught economics for twenty-five years at the University of Notre Dame. I have authored a number of books on retirement security issues, including *When I'm Sixty Four: The Plot Against Pensions and the Plan to Save Them*, *Labor's Capital: The Economics and Politics of Employer Pensions*, and *Portable Pension Plans for Casual Labor Markets*. In addition, I have served as a retirement security expert on a number of government committees and private retiree health care trusts. Of particular relevance to this report, I was a member of the State of California's bipartisan Public Employee Post-Employment Benefits Commission in 2007, in which capacity I assisted in the preparation of the report "Funding Pensions & Retiree Health Care for Public Employees," after hearing testimony and reviewing numerous documents from cities, counties, and special districts in California (hereinafter "local agencies"); actuaries; public employee unions; and other interested parties. I am also a court-appointed, neutral trustee for two separate retiree health care trusts covering: 1. Goodyear Tire Retirees ($850 million and 30,000 participants) and 2. United Steelworkers Retirees of Ford, GM, and Chrysler ($53 billion and 830,000 participants).

1

A copy of my *curriculum vitae*, including a list of all publications authored in the last ten years, is attached  as **Exhibit A**. Documents sent for my review by counsel for SCARE are listed in the attached **Exhibit B**. I have not testified as an expert at trial or by deposition in the last four years. I am being compensated for my review and analysis in this matter at the hourly rate of $175 per hour. Compensation for my services is not contingent on the final outcome of this proceeding.

**III.    Opinions.**

    **A.    Historical Context of Retiree Medical Benefits.**

        **1.    1950s to 1980s: Retiree Medical Benefits on the Ascent.**

Employer-provided medical benefits, including medical benefits for retirees, are primarily a creature of the post-World War II era. Between 1950 and 1974, public and private-sector employers went from providing medical benefits to 16.4% of employees to providing medical benefits to 66.5% of employees, and from providing surgical benefits to 35.4% of employees to providing surgical benefits to 68.1% of employees. Skolnik, Alfred, *Twenty-Five Years of Employee-Benefit Plans*, 39 Soc. Sec. Bull., Vol. 9 (Sept. 1976). The total cost of surgical and medical benefits for public and private employees grew from 0.21% of payroll to 0.95% of payroll during this same time period. Retiree medical benefits saw concomitant growth. While in 1965 continued group coverage after retirement was only available to 1 out of 10 in new group health insurance plans, by 1975 that figure had risen to 3 out of 10 in new group health insurance plans.

During this time period, the cost of providing retiree medical benefits was extremely low. One reason for this was that after 1965, when Medicare was passed, most people over the age of 65 became eligible for inexpensive plans that served as a wrap or supplement to Medicare. In addition, compared to the present, medical premiums were significantly lower, life expectancy

2

was shorter, and the typical retirement age was later, all of which contributed to the low cost of retiree medical benefits. Thus, the cost of retiree medical benefits was not a major concern to employers, and provision of vested retiree medical benefits was not typically a hotly contested issue in labor negotiations, as opposed to other issues that were more costly to employers at the time. By 1988, 66% of large employers, including government employers, that offered health benefits to active workers also offered health benefits to retirees.

2.      **1980s to 2000s: Retiree Medical Benefits on the Descent.**

As a result of several factors, by 2014 only 25% of large employers offering health benefits to active employees also offered retiree health benefits. Employer Health Benefits Annual Survey (Kaiser Family Foundation, 2014). The primary driver of the drop between 1988 and 2014 has been cost. By the late 1980s, the cost of medical benefits began to steadily creep upwards. Beginning in the mid- to late-1990s, health insurance costs accelerated rapidly, including double digit increases some years. Simultaneous with this growth in costs, new accounting standards promulgated by the Financial Accounting Standards Board (FASB) for private employers in 1993 and by the Governmental Accounting Standards Board (GASB) for public employers in 2004 required employers to account for their health and other non-pension retirement benefits, known as Other Post-Employment Benefits (OPEB). Such accounting laid bare the expected impact of continued cost increases coupled with existing obligations to provide retiree medical benefits.

Such rising costs and accounting standards have created a strong incentive for employers to cease offering retire medical benefits to new and non-vested employees, and to break or undermine long-standing promises to provide vested retiree medical benefits, promises made in an entirely different context.

3

### 3.       The Impact of Cutbacks to Retiree Medical Benefits.

Retirement is a special point in a person's life course. Just as smoking is a risk factor for heart disease, old age is a risk factor for limited job opportunities due to age discrimination and changes in job requirements that depreciate the value of acquired skills and experience. Old age is also a risk factor in being unemployed for more than 26 weeks; long-term unemployment for people over age 55 has remained higher relative to the rest of the population since the end of the recession in 2009. Alan B. Krueger, Judd Cramer, David Cho. 2014. "Are the Long-Term Unemployed on the Margins of the Labor Market?" Brookings Papers on Economic Activity.

Old age is a risk factor for health limitations that result in needing assistance with daily activities of living. Retirees face lower income levels, increasing health costs, and higher risks of social exclusion because of lower income and the risk of losing a spouse. Exposure to health shocks rise with age. Although Medicare provides insurance for most health expenses for people over age 65, the average Medicare beneficiary still spends over $4,700 per year on co-pays, services, dental work, premiums, and other health costs that are not covered by Medicare. Cubanski, Juliette; Christina Swoope, Anthony Damico, and Tricia Neuman. 2014. "How Much Is Enough? Out-of-Pocket Spending Among Medicare Beneficiaries: A Chartbook." Kaiser Family Foundation.  accessed on Feb. 10, 2015, http://kff.org/health-costs/report/how-much-is-enough-out-of-pocket-spending-among-medicare-beneficiaries-a-chartbook/.

People who lose their employee health insurance coverage before Medicare eligibility age must rely on private insurance. Even with subsidies provided by the Affordable Care Act, the premiums, co-pays, and excluded health care purchases for people under the age of 65 and over the age of 55 could result in pre-Medicare retirees having to spend 10 percent or more of their incomes on health care. Mark Pauly, Scott Harrington, Adam Leive. 2014. "Sticker Shock" in Individual Insurance under Health Reform'NBER Working Paper No. 20223. Accessed

http://www.nber.org/papers/w20223. This underscores how retiree health coverage is especially valuable to retirees who are close to 65, and thus more expensive to cover than younger individuals, but not yet eligible for inexpensive Medicare supplement plans.

        **B.**       **Industry-Specific Context of Retiree Medical Benefits in California Public Sector.**

             **1.**      **Different Considerations for Public and Private Employees.**

As a general matter, public employers in California and elsewhere have been more likely to provide vested retirement, retiree medical, and other forms of deferred benefits than private employers since at least the 1970s. Public employers led the way in providing retirement benefits by implementing the first pension systems (many pre-dating Social Security, passed in 1935). While private employers led the way in providing retiree medical benefits in the 1950s and 1960s, public employers surpassed them in the 1970s. As of 2013, public employers offered retiree health coverage at over four times the rate of private sector employers. Employer Health Benefits Annual Survey (Kaiser Family Foundation, 2014). Moreover, the retiree medical benefits provided to public employees generally have been more robust than those provided private employees.

One reason governments have offered more in the way of retiree medical benefits is because of special personnel needs. Governments have to compete with the private sector to recruit qualified employees and, once those employees are recruited, retain them without having to engage in costly wage competition with the private sector and other public sector employers. Long tenure is particularly important in the public sector because all public employees are required to be able to advance the public trust, an ability that is nurtured by long-term employment. Robust, vested retiree medical benefits serve the dual function of both attracting qualified employees to public employment *and* ensuring a certain degree of longevity, as

employees are typically required to work a number of years in order to vest. In addition, the provision of generous retirement benefits, including retiree medical benefits, helps public employers manage their workforce by timing retirements and ensuring staffs are renewed with younger workers. Without medical coverage before age 65 many public sector employees would hang on to their jobs until age 65, despite the availability of pension benefits, given the high cost of medical benefits prior to reaching Medicare eligibility.

This public/private difference also owes itself to financial factors. Public employers are not as subject to the viscissitudes of the market and potentially frequent reorganization as are private employers. Short of bankruptcy or the rare restructuring, public employers will almost certainly be around to pay future promised  benefits. Thus, historically it has been more feasible for public employers to promise future outlays under a pay-as-you-go method than private employers.

Lastly, union density is higher among public employers, and thus public sector employees are able to negotiate more robust benefits packages than their private sector counterparts.

### 2.    Retiree Medical Benefits for California Public Employees.

I have particular familiarity with retiree medical benefits provided California public sector retirees due to my service in 2007 on the State's Public Employee Post-Employment Benefits Commission, which was convened to analyze public sector retirement and OPEB obligations in California.

Retiree medical benefits for public sector employees in California have largely mirrored national trends. Before 1961, the State did not provide retiree medical benefits and only a handful of local agencies provided such benefits. In 1961, the State of California began to offer basic health benefits to its retirees. Many local agencies followed suit. In 1967, state law was

6

amended to permit local agencies to contract with CalPERS for provision of health benefits to their employees and retirees. Since then, a number of local agencies have contracted with CalPERS, while others have opted to set up their own medical benefit regimes, as establishing their own regimes permits more flexibility than contracting with CalPERS, which is subject to statutory guidelines set by the state legislature. However, even if local agencies do not contract with CalPERS, those that have opted to provide retiree medical benefits have generally emulated the retiree medical benefit regime established by the State. As a general matter, such industry-specific employment practices are common, as (1) they reduce the transaction cost of each employer conducting an independent analysis of any particular practice; (2) they provide cover for decision-makers, should a particular employment practice later be determined to be unwise or otherwise faulty; and (3) they reflect a certain wisdom of the crowd, in the sense that industries tend to settle on practices that make sense for that industry.

The regime for retiree medical benefits established by the State, as mirrored by local agencies, is for *vested* medical benefits. Since 1961, receipt of State retiree health benefits has been tied to eligibility to receive a pension. Retiree medical benefits initially vested after five years of credited state service, just as pensions did. In the 1980s, California passed legislation to rein in the cost of providing retiree medical benefits by restricting coverage to longer term employees. First, in 1984, state law was amended to require employees hired after January 1, 1985 to work for 10 years in order to qualify for vested retiree health benefits. Second, in 1988, state law was amended to create a graduated vesting schedule for retiree health benefits for employees hired after January 1, 1989. Notably, the understanding that these benefits were vested benefits was demonstrated by the fact that these additional limitations from 1984 and 1988 were only applied prospectively to new employees. Various local agencies took concurrent

7

steps to rein in the cost of providing retiree medical benefits by requiring more years of service in order to be eligible for such benefits.

### C.     The Specific Retiree Medical Benefit at Issue in This Case.

I have been asked to review the MOU language at issue in this case, which I have been told to assume was initially negotiated with Sonoma County unions in 1989.[1] It is my opinion that, in light of its context, as discussed above, this provision was intended to convey vested retiree medical benefits.

First, analyzed in the context of what was typical of public employers at the time, it would have been negotiated pursuant to the long-standing custom and practice of local agencies in California offering vested retiree medical benefits similar to those offered by the State. Indeed, it would not be unusual for MOU language for public employers in California at this time to not provide specifically for vesting of retiree medical benefits apart from vesting of pension benefits, as the same vesting principle would be understood to apply to retiree medical benefits as part of the entire retirement package, absent any specific indication to the contrary.

Second, in addition to this general custom and practice of providing vested retiree medical benefits, the 1989 retiree medical benefits provision at issue in this case hews particularly close to the retiree medical benefits offered by the State, suggesting that it was negotiated pursuant to the same understanding that such benefits vested. For one, its requirements of 10 years of employment to receive retiree medical benefits and 20 years of employment to receive coverage for one dependent is remarkably similar to contemporaneous changes implemented by the State in the 1980s to require 10 years of employment in order to receive vested retiree medical benefits and establish a vesting schedule for employees with

---

[1] The specific language I looked at is contained on pages stamped SONOMA-H-003861 to SONOMA-H-3862 under the header "Future Employee/Future Retiree Health Care." I have been told to assume that this or substantially similar language is at issue for all retirees subject to this lawsuit.

8

between 10 and 20 years of employment. The Sonoma provision's application of such requirements prospectively on new hires both mirrors the state's practice at the time of only imposing new vesting requirements prospectively and suggests an understanding that the benefits for earlier employees were vested. In addition, the provision's indication that the County "shall contribute" for a retiree's health plan premium mirrors language under state law that the State "shall contribute" to qualifying annuitants. The State used this language to convey vested retiree medical benefits, suggesting the same intent here. Lastly, the provision's tying of eligibility to receive a medical benefit to participation in the County's Retirement System follows the State's requirement that retirees be eligible to receive a state pension in order to receive vested retiree medical benefits. Given that, at the State level, this was understood to mean that such benefits vested as part of the entire retirement package, that same understanding would have applied to local agencies, like Sonoma County.

Given the context of retiree medical benefits for public employees in California at the time this provision was passed and its specific language, my interpretation is that the intent of this language was to provide vested retiree medical benefits.

## I.  Conclusion.

The opinions expressed in this report are my present opinions. Amendments or additions to this report and the accompanying exhibits may be required as a result of developments prior to or at trial, including, but not limited to, the discovery of new evidence, expert discovery, and the testimony of any other witness in deposition or at trial. If this matter is heard at trial, I anticipate using documents reviewed in connection with preparation of this report and additional graphics illustrating concepts described in this report.

February 11, 2015

*Teresa Ghilarducci*

Teresa Ghilarducci, PhD

9

**EXHIBIT A – CURRICULUM VITAE**

**EDUCATION**

Ph.D. (1984) University of California, Berkeley, Economics
B.A. (1978) University of California, Berkeley, Economics

**PROFESSIONAL APPOINTMENTS**

**Professor,** Irene and Bernard L Schwartz Professor of Economic Policy Analysis, The New School, 2008-Present

**Director,** Schwartz Center for Economic Policy Analysis, The New School, 2008-Present

**Chair**, Department of Economics, The New School, 2012 – 2014

**Professor,** Economics and Policy Studies, University of Notre Dame, 2005-2007

**Director,** Higgins Labor Research Center, University of Notre Dame, 1997 - 2007

**Associate Professor,** Economics, University of Notre Dame, 1991 - 2005

**Assistant Professor,** Economics, University of Notre Dame, 1983 - 1991

**SELECTED HONORS AND APPOINTMENTS**

• Commissioner: Bipartisan Policy Center, Personal Savings Initiative, April 2014-Present

• Board of Directors: YRCW Worldwide Corp., May 2010 – Present

• Trustee: UAW Retiree Medical Benefits Trust for the UAW retirees at GM, Ford, and Chrysler, May 2009 - Present

• Board Member: Economic Policy Institute, (Executive Board since May 2010) and Associate since 1994) September 2008 – Present

• Trustee: Retirees of the Goodyear Tire and Rubber Company Health Care Trust, May 2008 - Present

• Member, General Accounting Office Retirement Policy Advisory Panel: Washington, DC, 2002 - Present.

• Wurf Fellow, Harvard Law School, Labor and Worklife Program, 2007 – 2009.

• Trustee: GM Retiree Health Fund, May 2006 – December 2009.

• Commissioner: Governor Schwarzenegger's Public Employee Post Employment

**Exhibit A – Curriculum Vitae**

Benefits Commission. 2007

• Advisory Board Member: Pension Benefit Guaranty Corporation (Presidential Appointment), 1995 - 2002.

• Member, Board of Trustees: Indiana Public Employees' Retirement Fund (PERF) (Governor's Appointment), 1997 - 2002.

• Awardee: European Union Visitors Programme, March 20 - April 3, 1995, The Hague, Bonn, Brussels.

## PROFESSIONAL EXPERIENCE

• Instructor, "U.S. Income and Wealth Inequality," The Century Foundation Sagner Summer Programs, Williams College, Williamstown, MA. (June 22 - July 2, 1999; June 23 - July 15, 2000; July 1 - July 8, 2001; July 1 - 8, 2002; June 27 - July 6, 2003)

• Assistant Director, Department of Employee Benefits, AFL-CIO, September 1994 - May 1995 (during leave from the University of Notre Dame).

• In Residence Fellowship, Mary Ingraham Bunting Institute, Radcliffe College, 1987 - 1988.

• Research Assistant, Institute of Industrial Relations, University of California, Berkeley, 1979 - 1983.

## GRANTS RECEIVED

• National Endowment for Financial Education, "Untangling the Determinants of Retirement Savings Balances." 2014. $120,000

• Bernard Schwartz, "Retirement Equity Lab." 2014-2017. $3,900,000

• Borchard Foundation Center on Law and Aging, "The Crisis of Jobs and Healthcare for Unemployed Americans Aged 55-64." 2012. $50,000

• W.E. Upjohn Institute for Employment Research, "Falling Through the Cracks: The Crisis of Jobs and Healthcare for Unemployed Americans Aged 55-64." Co-Principal Investigator with Joelle Saad-Lessler. 2011. $10,000

• Rockefeller Foundation for two projects on Beyond the 401(k): Guaranteeing Retirement Security, September 2010. $533,000

• Retirement Research Foundation, "Pensions and Health Insurance in Low Wage Labor Markets." Co-Principal Investigator with Mary Lee. July 2003 - June 2005. $28,000

• Alfred P. Sloan Foundation for Roundtable Workshop on "Work Options for Mature Americans." December 8, 2003. $41,716.

**Exhibit A – Curriculum Vitae**

• Retirement Research Foundation, "Making Retirement Work: Affording Pensions for All Americans." January 2002-May 2003. $98,911.

• Retirement Research Foundation, "Making Retirement Work: Affording Pensions for All Americans." September 1999-December 2001. $108,812.

• Retirement Research Foundation, "American Retirement Income Security: Cooperation or Conflict between Generations, Firms, and Workers?" November 1998-September 1999. $92,395.

• Massachusetts Financial Services, "Workplace Practices and Financial Performance." $40,500 per year since 1999 - 2010.

• Ford Foundation with the University of California (co-PI), "High Performance Pensions." 2010. $80,000.

• U. S. Department of Labor Grant, "Pension Practices of Innovative Firms - 1993-1994." $25,000.

• U. S. Department of Labor Grant, "Pension Funds and the Financial System - 1991-1992." $10,000.

## PUBLICATIONS

**Books**

• When I Am Sixty Four: The Plot Against Pensions and the Plan to Save Them. Princeton University Press. April 2008

• Labor's Capital: The Economics and Politics of Private Pensions. MIT Press, 1992. (Award: Honorable Mention, Association of American Publishers, Business and Management Division, 1992.)

• Portable Pension Plans for Casual Labor Markets: Lessons from the Operating Engineers Central Pension Fund. With Garth Mangum, Jeffrey S. Petersen, and Peter Philips. Quorum Books, Greenwood Publishing Group, Inc. 1995.

**Edited Volumes**

• Work Options for Mature Americans. Edited volume with John A. Turner. University of Notre Dame Press. Spring 2007.

• What You Need to Know about the Economics of Growing Old* (*But Were Afraid to Ask): A Provocative Reference Guide to the Economics of Aging. University of Notre Dame Press. September, 2004.

• In Search of Retirement Security: The Changing Mix of Social Insurance, Employee Benefits, and Individual Responsibility. With Van Doorn Ooms, John L. Palmer, and

**Exhibit A – Curriculum Vitae**

Catherine Hill, editors. New York: Century Foundation Press. 2005.

**In Press**

• "Explaining the Decline in Retirement Account Coverage between 2003-2012." With Joelle Saad-Lesser. Industrial and Labor Relations Review. 2014

• "The Unintended Effects of 401(k)'s on Employer and the Macroeconomy." With Joelle Saad-Lesser. Financial Market Developments and Labor Relations, a Labor and Employment Relations Association Research Volume. 2014

• "American Minorities Work and Retirement." With Keith E. Whitfield and Tamara A. Baker editors. The Handbook on Minority Aging. Springer Publishing Company. 2014

• "PART III Programs for the Elderly, Private Pensions." With Daniel Béland, Christopher Howard, and Kimberly J. Morgan editors. The Oxford Handbook of Social Policy in the United States. New York: Oxford University Press. 2014

• "Pension Policies to Minimize Future Economic Crises." Oxford Handbook of the Political Economy of Financial Crises. 2013. Oxford University Press, New York, NY.

**Refereed Articles**

• "The Surprising Equality of Retirement Time: Evidence from the Health and Retirement Survey" co-authored with Anthony Bonen. Edited by Danielle M. Jaffe. The Connecticut Insurance Law Journal Vol 20(2) University of Connecticut School of Law, Hartford Connecticut. Spring 2014. Pp. 405-432

• "The macroeconomic stabilisation effects of Social Security and 401(k) plans." With Joelle SaadLessler & Eloy Fisher. Cambridge Journal of Economics, Oxford University Press, vol. 36(1), pages 237-251. 2012

• "How to Supplement Social Security Fairly and Effectively." Journal of Aging & Social Policy. Vol 22(2). 462694. 2010

• "Pension Reform in the United States: Guaranteed Pension Accounts are Key." Rotman International Journal of Pension Management. 2:2 (Fall) 2009 Pp. 58-65

• "If This Isn't The Time for A Guaranteed Retirement Account, When Is It?". Journal of Pension Benefits. 16:3 (Spring) 2009 Pp. 21-28

• "Memorandum on a New Financial Architecture and New Regulations", Investigatión Económica. Vol. LXVIII, nr 267, Univeridad Nacional Autónoma de México, DF México, Jan-Mar 2009

• "Latinos' Retirement Income Security and Voluntary Participation in 401(k) Plans", The Business Journal of Hispanic Research, Vol. 2(2), pp. 50-64, 2008

**Exhibit A – Curriculum Vitae**

• "Workplace Injuries and Diseases: Prevention and Compensation Essays in Honor of Terry Thomason." Industrial Relations. 39:1 (Summer) 2008. Pp. 83-84

• "How Defined Contribution Plans and 401(k)s Affect Employer Pension Costs." With Wei Sun. Journal of Pension Economics and Finance. 5:2 (July) 2006. Pp. 175-196.

• "Female Dual Labour Markets and Employee Benefits." With Mary Lee. Scottish Journal of Political Economy. 52:1 (February) 2005. Pp. 18-37.

• "Employer Pension Contributions and 401(k) Plans." With Wei Sun and Steve Nyce. Industrial Relations. 43:2 (April) 2004. Pp. 473-479(7).

• "Complementarity of Pensions and Training under Multiemployer Plans." With Michael Reich. Journal of Labor Research. XXII:3 (Summer) 2001. Pp. 615-634.

• "Unions' Role in Argentine and Chilean Pension Reform." With Patricia Ledesma Liébana. World Development. 28:4 (April) 2000. Pp. 753-762.

• "Scale Economies in Union Pension Plan Administration: 1981-1993." With Kevin Terry. Industrial Relations. 38:1. (January) 1999. Pp. 11-13.

• "Labor's Paradoxical Interests and the Evolution of Corporate Governance." With James Hawley and Andrew Williams. Journal of Law and Society. 24:1. (March) 1997. Pp. 26-43.

• "Pensions in an International Perspective." Review of Radical Political Economics. 27:3. (Fall) 1995. Pp. 60-71.

• "How Pensions Can Build America's Future." With Douglas Koelemay. Spectrum. (November) 1993.

• "Pensions and the Uses of Ignorance by Unions and Firms." Journal of Labor Research. XI:2. (Spring) 1990. Pp. 203-216.

• "Strategic Uses of Pension Funds Since 1978." Review of Radical Political Economy. 20:4. (Winter) 1988. Pp. 23-39.

• "The Impact of Internal Union Politics on the 1981 UMWA Strike." Industrial Relations. 27:3. (Fall) 1988. Pp. 371-383.

• "Reply to Professors Northrup and Campbell." Industrial Relations. 27:3. (Fall) 1988. Pp. 371-383.

• "When Management Strikes: Patco and the British Mines." Industrial Relations. 17:2 (Summer) 1986. Pp. 115-128.

• "The Economics and Politics of Tax Reform: A Comment on Congressman Kemp's Article." With T.R. Swartz. Journal of Legislation. 17:2. (Summer) 1985. Pp. 156-162.

**Exhibit A – Curriculum Vitae**

**Chapters in Books and Government Reports**

• "Retirement Security Worse on ERISA's 40th Anniversary." Drexel Law Review Volume 6, Drexel University, Philadelphia, PA. Edited by Lydia Terrill 2014.

• "Private Pensions" The Oxford Handbook of U.S. Social Policy, New York:Oxford University Press. Edited by Daniel Béland, Christopher Howard, and Kimberly J. Morgan 2014.

• "Pension Policies to Minimize Future Economic Crises." The Handbook of the Political Economy of Financial Crises. Edited by Martin H. Wolfson and Gerald A. Epstein. Jan 2013.

• "Are New Yorkers Ready for Retirement?" New York City Comptroller. Schwartz Center For Economic Policy Analysis. January 2012.

• "The Plan to Save American Workers' Retirements", Pensions, Social Security and The Privatization of Risk. Columbia University Press, 2009. Pgs. 86-107.

• "Can Americans Work Longer?" With Joseph Quinn in In Search of Retirement Security: The Changing Mix of Social Insurance, Employee Benefits, and Individual Responsibility. Teresa Ghilarducci, Van Doorn Ooms, John L. Palmer, and Catherine Hill, editors. New York: Century Foundation Press. 2005.

• "Latinos' Low Pension Coverage and Disenfranchisement from the U.S. Financial System." With Wei Sun. Research Reports. Institute for Latino Studies. Vol. 2004.3. December, 2004.

• "The American Labor Movement's (Surprising) Economic Impact: How Unions Challenge Consumerism and Corporate Governance." In Research in Social Movements, Conflicts and Change Volume 25 - Authority in Contention. Daniel J. Myers and Daniel M. Cress, editors. Oxford: Elsevier Ltd. 2004. Pp. 231-252.

• "Delinking Benefits from a Single Employer: Alternative Multiemployer Models." In Benefits for the Workplace of the Future. Olivia S. Mitchell, David S. Blitzstein, Michael Gordon, Judith F. Mazo, Editors. Philadelphia: University of Pennsylvania Press. 2003. Pp. 260-284.

• "Rising Expectations: Women, Retirement Security, and Private Pensions." In The Future of the Safety Net: Social Insurance and Employee Benefits for the 21st Century. Sheldon Friedman and David Jacobs, editors. Industrial Relations Research Association 2001 Research Volume, Champaign-Urbana: Industrial Relations Research Association. Pp. 165-186.

• "Small Benefits, Big Pension Funds, and How Governance Reforms Can Close the Gap." In Working Capital: The Power of Labor's Pensions. Archon Fund, Tessa Hebb, and Joel Rogers, editors. Ithaca: Cornell University Press. 2001. Pp. 158-180.

**Exhibit A – Curriculum Vitae**

• "Is Working Longer and Retiring Later Possible?" In Ensuring Health and Income Security for an Aging Workforce. Allan Hunt, et al, editors. Kalamazoo, Michigan: W.E. Upjohn Institute for Employment Research. 2001. Pp. 439-447.

• "Myths and Misinformation about America's Public Retirement System." In Unconventional Wisdom: Alternative Perspectives on the New Economy. Jeff Madrick, editor. New York: The Century Foundation Press. 2000. Pp. 69-92.

• "The Political Economy of Social Security Reform in the United States." In Political Economy and Contemporary Capitalism: Radical Perspectives on Economic Theory and Policy. Ron Baiman, Heather Boushey, and Dawn Saunders, editors. Armonk, New York: M. E. Sharpe. 2000. Pp. 321- 330.

• "Pension Policies to Maintain Workers' Access to Retirement." In Back to Shared Prosperity: The Growing Inequality of Wealth and Income in the United States. Ray Marshall, Editor. Armonk, NY: M.E. Sharpe. 2000. Pp. 204-210.

• "Pensions and Old Age Retirement" In the Elgar Companion to Feminist Economics. Janice Peterson and Margaret Lewis, editors. London: Edward Elgar Publishing Ltd., 1999. Pp. 609-619.

• "Employee Representation on Pension Investment Boards: An Economic Model of the Pension Contract." In Employee Representation in the Emerging Workforce: Alternatives and Supplements to Collective Bargaining. Samuel Estreicher, editor. Boston: Kluwer Law International. 1999. Pp. 703-724.

• "U.S. Social Security Reform and Intergenerational Equity." In The Role of the State in Pension Provision: Employer, Regulator, Provider. Gerard Hughes and Jim Stewart, editors. Boston: Kluwer Academic Publishers. 1999. Pp. 141-152.

• "The U.S. Pension System and Issues for the Chinese Economy." Prepared for the Project on Strengthening Macroeconomic Institutions and Regulation, State Planning Commission and United Nations Development Programme, CPR/91/522. (March) 1997. (Also translated in Chinese).

• "Should Social Security Benefits Be Reduced for High-Income Individuals? NO." In Controversial Issues in Aging. Andrew Scharlach and Lenard W. Kaye, editors. Boston: Allyn Bacon. 1997. Pp. 7-12.

• "Pension Practices of Innovative Firms." In Pensions, Savings and Capital Markets. U.S. Government Printing Office. (Winter) 1996. Pp. 141 - 156.

• "Many Faces of American Multiemployer Pension Funds." In Supplementary Pensions: Actors, Issues and the Future. Lucy ApRoberts and Emmanual Reynaud, editors. Westport, CT.: Quorum Books, Greenwood Press. 1995. Pp. 97-113.

• "Les multiples visages des regimes de retraite de syndicats americains." La Revue de L'IRES Institut de Recherches Economiques et Sociales, no. 15. Ete 1994. Pp. 159-176.

**Exhibit A – Curriculum Vitae**

• "Pensions Funds, Capital Markets, and the Economic Future." With Randy Barber. In Transforming the U.S. Financial System. Gary Dymski, Gerald Epstein, and Robert Pollin, editors. Armonk, New York: M.E. Sharpe. Inc. 1993. Pp. 287-292.

• "American Workers in the Emerging Fourth World." In The Making of an Economic Vision. John Houck and Oliver Williams, editors. Washington, DC: University Press of America. 1990. Pp. 361- 376.

• "Hoosier Women in a Male Economy." In Where We Live. David Hoppe, editor. Bloomington: Indiana University Press. 1989. Pp. 45-53.

• "Women's Jobs and the Minimum Wage." In Taking Sides. T. R. Swartz and F. Bonello, editors. Dushkin Press, 1988. Pp. 155-161.

**Congressional and State Legislature Testimony**

• U.S. Senate, Oral and Written Testimony. Subcommittee on Social Security, Pensions, and Family Policy. "Strengthening Social Security to Meet the Needs of Tomorrow's Retirees." May 21, 2014.

• Minnesota State Senate. Witness, "Minnesota Workers Access to Retirement Accounts is Eroding." St. Paul, MN April 10, 2013.

• Nebraska State Senate. Presenter, "Nebraska Workers Access to Retirement Accounts is Eroding." Lincoln, Nebraska December 10, 2013.

• Washington State Senate. Witness, "Washington Workers Access to Retirement Accounts is Eroding." via SKYPE in Olympia, WA December 10, 2013.

• Connecticut State Senate, Oral Testimony. State Senate Majority Leaders Retirement Security Roundtable. State Senate amendment LCO No. 8105 to Senate Bill 54, An Act Establishing a Retirement Savings Plan for Low-Income Private Sector Workers. Hartford, Connecticut. November 18, 2013

• U.S. House of Representatives, Subcommittee on Health, Employment, Labor and Pensions. Oral and Written Testimony, "Strengthening the Multiemployer Pension System: What Reforms Should Consider." Washington D.C. June 12, 2013.

• U.S. House of Representatives, Oral Testimony. Committee on Education and Labor. The Impact of the Financial Crisis on Workers' Retirement Security. Washington DC. October 7, 2008.

• U.S. House of Representatives, Committee on Education and the Workforce. Testified regarding H.B. 2830, the "Pension Protection Act." June 15, 2005.

• U.S. House of Representatives, Subcommittee on Employer-Employee Relations. Testified on "Understanding the Economic Possibilities of Multiemployer Plans." April 29, 2004.

A-8

**Exhibit A – Curriculum Vitae**

• U.S. House of Representatives, Committee on Education and the Workforce. Testified on "The National Erosion of Private Pensions." February 7, 2002.

• U.S. House of Representatives, Committee on Education and the Workforce. Testified on "The Local Economy and National Pension Issues." January 31, 2002.

• U.S. House of Representatives, Subcommittee on Employer-Employee Relations, Committee on Education and the Workforce. Testified on "ERISA at 25; Has the Law Kept Pace with the Evolving Pension and Investment World?" February 15, 2000.

• U.S. House of Representatives, Committee on Ways and Means. Hearing on Oversight of Various Pension Issues. May 5, 1998.

• U.S. House of Representatives, Committee on Ways and Means, Subcommittee on Social Security. Testified on "The Future of Social Security for this Generation and the Next." September 18, 1997.

• U.S. House of Representatives, Committee on Education and the Workforce: Subcommittee on Employer-Employee Relations. Testified on "Defusing the Retirement Time Bomb: Encouraging Pension Saving." February 12, 1997.

• U.S. Senate Democratic Policy Committee, Washington, DC. Testified on "American Insecurity Policy." February 23, 1996.

• U.S. Senate, Finance Committee, Washington, DC. Testified on "Pension Funds and Savings Rates." December 3, 1995.

• U.S. Senate, Finance Committee, Subcommittee on Deficits, Debt Management, and Long Term Growth, Washington, DC. Testified on "The U.S. Savings Crisis." December 7, 1994.

• U.S. Senate, Finance Committee, Congressional Record Testimony on "Pensions and Aggregate Savings." December 4, 1994.

• U.S. House of Representatives, Committee on Labor and Management, Congressional Record. Testified on "Joint Trusteeship of Pension Funds, H.R. 2664." February 28, 1990, pp. 210-228.

**Other Economics Publications and Reports**

• "Governor Cuomo's New York State Public Sector Pension System Pension Proposals and the New York State's Retirement Income Security Crises," Albany Government Law Review. Volume 5, Issue 3. 2012.

• "A Moral Audit of Economic Turmoil," Yale Divinity School. Reflections: Money and Morals after the Crash. Spring 2010.

• "Obama's Pension Proposals and America's Retirement Crises," University of Padua,

**Exhibit A – Curriculum Vitae**

MARTEDÌ 20 GENNAIO 2009

• "The Goldless Years: How to Save the Nation's Retirees from Bankruptcy", New Labor Forum; The Second Great Depression? , Volume 18(2): 33-40, Spring 2009.

• "Infrastructure for America's Economy: Evaluating Evidence", The Promise of Public Investment. Schwartz Center for Economic Policy Analysis, The New School, (May) 2008

• "The End of Retirement." Monthly Review. 58:1 (May) 2006.

•"Future Retirement Income Security Needs Defined Benefit Pensions." Center for American Progress. May 19, 2006

• "How to Implement Worker Representation on Pension Boards." [Part of "Employee Governance—the Light at the End of the Enron Tunnel"] Business Ethics. (Fall) 2002.

• "Forget Retirement, Get to Work!" American Prospect. 13:17 (September 23) 2002.

• "Multiemployer Pension Plans and the Pension Coverage Problem." Industrial Relations Research Association (IRRA) Proceedings. 2002. Pp. 95-103.

• "Making Work Pay: Wage Insurance for the Working Poor." Public Policy Brief, Levy Institute, (with Barry Bluestone) Bard College. 1996.

• "Rewarding Work: Feasible Antipoverty Policy." With Barry Bluestone. The American Prospect. (May/June) 1996. Pp. 40-46.

• "Pension Investment Policy and Perfect Capital Market Theory." Challenge. (July/August) 1994. Pp. 1-12.

• "Gender and Economic Restructuring." In Proceedings of 41st Annual Meetings. Industrial Relations Research Association (IRRA). New York. 1989. Pp. 139-143.

• "Computer Search Methods for Data Matching." With Larry Marsh. In Proceedings of Business and Economic Statistics Meetings. American Statistical Association. (August) 1984. Pp. 624-628.

**Book Reviews**

• Review of Two Reports on Teacher Pensions. National Education Policy Center. November 2011.

• Rekindling the Labor Movement by Lowell Turner, et al. Journal of Economic Literature. (June) 2003. Pp. 607- 608.

• Issues in Privatizing Social Security: Report of an Expert Panel of the National Academy of Social Insurance. Peter A. Diamond, editor. MIT Press. Southern Economic

**Exhibit A – Curriculum Vitae**

Journal. 66:4. (Summer) 2000.

• Pensions and American Corporate Restructuring: A Crisis of Regulation, by Gordon L. Clark. Industrial and Labor Relations Review. (Fall) 1994.

• Old Age Security in Comparative Perspective, by John B. Williamson and Fred C. Pample. Journal of Economic Literature. (Summer) 1994.

• Unions and Women: Forging a Partnership, by Dorothy Sue Cobble, Work, Gender and Organizations. (Summer) 1995.

• Unions and Women: Forging a Partnership, by Dorothy Sue Cobble. Science and Society. (Fall) 1995.

• Hoffa, by Arthur Sloane. Journal of Economic Literature. (December) 1993.

• Self-Employment: A Labor Market Perspective, by Robert L. Aronson. Industrial Relations Journal. (December) 1992.

• Labor Law Reform in U.S. Industrial Relations, by Barbara Townley. Industrial Relations Journal. (April) 1990.

• The Air Traffic Controllers' Controversy: Lessons from the PATCO Strike, by Arthur Shostak and David Skocik. In These Times. (October) 1986.

• More Like Us: Making America Great Again, by James Fallows. South Bend Tribune. June 4, 1989.

• What Do Unions Do? By Richard Freeman and James Medoff. Journal of Legislation. (Winter) 1985.

**Popular Writing**

• "[Working Longer May Not be the Solution to America's Retirement](#)" Aging Today. January-February 2015.

• "[The President's Baby Steps Towards Retirement Security](#)" Huffington Post. January 23, 2015.

• "[The Solution to the Retirement Crisis In Not More Work](#)" Huffington Post. October 17, 2014.

• "[The Retirement Crisis Is Real](#)" Huffington Post. September 9, 2014.

• "[Retirement Planning Advice for Teens To 50+](#)" Here & Now. April 3, 2014.

• "[Who Stops Paying Social Security Taxes After Today?](#)" Huffington Post. January 1, 2014.

**Exhibit A – Curriculum Vitae**

- "Up with Steve Kornacki" NBC's Rachel Maddow Show. December 15, 2013.

- "All In With Chris Hayes" NBC News. December 14, 2013.

- "Men Fail, only then Women Rule; Lagarde, Yellen, now Flug" Huffington Post. November, 2013.

- "Social Security Is Not a Fly-by-Night Ponzi Scheme" The New York Times. July 11, 2013.

- "Will 401(k) Plans Keep Getting Worse?" CNN Opinion. December 12, 2012.

- "Americans are not moochers." CNN Opinion. September 20, 2012.

- "Our Ridiculous Approach to Retirement." The New York Times. Sunday Review. July 21, 2012.

- "Don't Cut Pensions, Expand Them."  The New York Times. The Opinion Pages. March 15, 2012.

- "Is The Retirement System Failing Americans" With Richard McGahey. America Magazine. August 13, 2012.

- "How to Create Jobs." Here & Now. August 6, 2012.

- "Employment Benefits: The crucial role of government stimulus in a struggling economy." America Magazine. May 3, 2010.

- "Rethinking Retirement" Parade. April 26, 2009.

- "Preserving Your Pension In Tough Times." NPR. July 7, 2008.

- Blogger for Brainstorm; Chronicle of Higher Education.

- "The Stewardship of Leisure." Kansas City Diocese Newsletter. (Winter) 2004.

- Columnist for Nuvo called "Cappuccino Economics." The following are selections:

  o   "It's Social Security Stupid." Nuvo. March 22-29, 2000. P. 9.

  o   "The Economics of Obesity." Nuvo. March 3-10, 2001. P. 8.

  o   "Are You a Chump? Bush's Tax Cuts." Nuvo. February 11-18, 2000. P. 9.

  o   "It's Greenspan's Fault." Nuvo. January 11-18, 2001. P. 9.

  o   "A status good, and four times the cost of a cup of Joe." Nuvo. December 14-21, 2000. P.9.

**Exhibit A – Curriculum Vitae**

    • "401(k)s Aren't All They Are Made Out to Be." Chicago Tribune. July 1, 1999. P. 14.

    • "Social Security Privatization Will Aid Wall Street." Los Angeles Times. December 7, 1998. P. 26.

    • "Union Funds, Wisely Risk Averse, Perform Well." With Richard Grant. Pensions and Investments. January 9, 1995. P. 9.

## SCHOLARLY AND POLICY PRESENTATIONS

•Keynote Speaker at "Bread, Roses, and Rest: Securing Meaningful Retirement for All" Lecture. Presenting "Bread, Roses, and Rest: Securing Meaningful Retirement for All" Wilkes-Barre, PA, September 6, 2014.

•Keynote Speaker at the Institutional Investor Magazine Conference in Beverly Hills, CA. April 25, 2014.

•Speaker at the INET CIGI Annual "Human After All' Conference. Presented "Pressures on Public Relations" Toronto, Canada, April 11, 2014.

•Keynote Speaker at Napa 401(k) Summit 2014 "Elevate" Conference. Presented "Counterpoint Point" New Orleans, LA, March 25, 2014.

•Keynote Speaker at the Roads to Readiness: ensuring Retirement Security for your Workforce Roundtable. Presented "The Retirement Crisis and its Implications for Government" Chicago, IL, November 21, 2013.

• Speaker at the "World Pension Summit 2013." Presented, "Voluntary Personal Pension System Fail" in Amsterdam, Netherlands. November 15, 2013

• Moderator and Speaker at the "Government Shutdown and Debt Crisis." Presented, "Economists Agree That Defaulting is Stupid" in New York, NY. October 17, 2013

• Speaker at the "Allianz-Oxford Pensions Conference." Presented "Unintended Macroeconomic Effects of US Pensions and 401(k)'s" in Oxford, U.K.. September 29, 2013

• Speaker at the "Stockholm Seminar." in Stockholm, Sweden. August 15, 2013

•Speaker at Economic Policy Institute's Panel Discussion. Presented "Debtor's Prison: The Politics of Austerity Versus Possibility" Washington D.C., May 20, 2013.

•Invited speaker at "Social Security and Medicare Forum."  Bloomberg L.P. Headquarters New York and AARP. July 10, 2012.

• Keynote speaker and panelist at "Defined Contribution Pension Plan Design and Implementation." University of Nebraska at Omaha, College of Public Affairs and Community Services' Public Pension Plan Initiative. May 11, 2012.

A-13

**Exhibit A – Curriculum Vitae**

• Invited speaker at "Reinventing Retirement: Immigrants, Retirement, and the Way Forward." Center for the Study of Immigrant Integration. University of Southern California. November 7, 2011.

• Panelist at the "New Retirement Realities; Pensions at Crossroads" conference at the New America Foundation's Next Social Contract Initiative and the UC Retirement Security Institute, panel entitled "Pension Design Innovations: Challenges to Pension Environment". Washington, DC, May 19, 2010.

• Presentation: "Unintended effects? Social insurance and macroeconomic performance", Session 5: Policy Issues II: Social Groups and Individuals, The New Economics as 'Mainstream' Economics, Murray Edwards College, Cambridge, UK, Friday 29 January 2010

• "The High Cost of Nudge Economics and the Efficiency of Mandatory Retirement Accounts", National Tax Association. 102nd Annual Conference on Taxation. Denver, Colorado, Nov. 12-14, 2009

• Presentation: "Impact of Recommendations in "When I'm Sixty-Four: The Plot against Pensions and the Plan to Save Them." At the FINANCIAL SYSTEM REFORM and PENSION REFORM Implications for Pension Management, Rotman International Center for Pension Management, University of Toronto, June 2009.

• Discussant: for Peter J. Brady, Investment Company Institute—What Does the Market Crash Mean for the Ability of 401(k) Plans to Provide? at the National Tax Association meeting, 39th Annual Spring Symposium and 7th State-Local Tax Program Tax Policy and the Economic Recovery, May 21–22, 2009, Washington DC

• "THE RETIREMENT PLAN EXCLUSION" presentation at the Tax Expenditures and Social Policy: Are We Getting Our Money's Worth? event, New America Foundation, April 2009

• Panelist at the "Pensions, Social Security and the Privatization of Risk" forum at the Brookings Institution and the Social Science Research Council, Mar 27, 2009 Presentation "Retirement Income Security Initiatives" at "Capital That Matters: Managing Labor's Capital" conference of the Harvard Labor and Worklife Program Harvard University Law School. April 29-May 1, 2007.

• Panelist at conference in Oxford, England, called "Pension and Health Liabilities in the Corporate Sector," May 25-27, 2006.

• Delivered paper entitled, "Tax Expenditures and Employer Pensions" at the Levy Economics Institution of Bard College conference on "Government Spending on the Elderly," April 27-28, 2006.

• "Trends in Public Sector Pensions: What to Encourage, What to Stop" Harvard University Law School, Chicago, Illinois. October 28, 2005.

**Exhibit A – Curriculum Vitae**

• Presentation and debate sponsored by The Century Foundation on "Privatization of Social Security." Discussion for Midwest newspaper reporters, "Are Americans Ready for Retirement?" Lake Geneva, Wisconsin. October 21, 2005.

• Testified on "Pension Financing Trends" before the New Jersey Governor's Benefit Task Force, New Brunswick, NJ. October 14, 2005.

• "Potential and Pitfalls of Social Security Reform" given as part of the Law & ... Lecture Series of interdisciplinary talks sponsored by the Notre Dame Law School. October 12, 2005.

• Presented "The Effect of the Stock Market Crash on Retirement Behavior" at the W. E. Upjohn Institute for Employment Research, Kalamazoo, Michigan, May 19, 2005.

• Hesburgh Lecture. "Promises and Perils of Social Security: The Attack on Retirement." For the Notre Dame Alumni Club of South Jersey and The Richard Stockton College of New Jersey, in Pomona, NJ, April 8, 2005. Presented "Straight Talk on Social Security" with Representative Timothy Bishop (Democrat-NY) at SUNY, Stony Brook, NY, April 22, 2005.

• Industrial Relations Research Association annual meeting held in conjunction with the Allied Social Science Associations. Presenter of two papers: "Did ERISA Fail Us Because Firms Pension Funding Practices Are Perverse?" With Wei Sun. Working paper. University of Notre Dame, and "Small Firm Pension Coverage, Multiemployer Plans, and Middle Class Workers." With Mary Lee and Lance Wescher. Working paper, University of Notre Dame. Philadelphia, January 7-9, 2005.

• The Levy Economics Institute of Bard College. Commentator on two papers for the conference on "The Distributional Effects of Government Spending and Taxation." October 15-16, 2004.

• WBUR (radio station) Boston. Guest for The Connection program entitled, "Pension Crisis." October 13, 2004.

• Center for Economic Policy Analysis of New School University. Presenter of paper, "Employer Pension Reform and the Future of Secure Retirement" for conference on "Pension Fund Capitalism and the Crisis of Old-Age Security in the United States," September 10-11, 2004.

• WBUR (radio station) Boston. Guest for the On Point segment entitled, "United, We Fall." August 5, 2004.

• University of Wisconsin, Madison. Presenter of paper, "The Political Economy of 'Pro-Work' Retirement Policies and Responsible Accumulation" for conference on "Using Pensions for Social Control of Capitalist Investment," part of the Real Utopias Project '04. June 25-27, 2004.

• Harvard University Law School. "Future Research and Policy Initiatives" at "Capital

**Exhibit A – Curriculum Vitae**

That Matters: Managing Labor's Capital" conference of the Harvard Labor and Worklife Program. April 29-May 1, 2004.

• University of Oregon. Keynote speaker. "Public Employee Labor Relations Conference" in Portland, Oregon. April 22, 2004.

• National Academy of Social Insurance. Sixteenth Annual Conference entitled "In Search of Retirement Security: The Changing Mix of Social Insurance, Employee Benefits, and Personal Responsibility." Conference Co-Chair. National Press Club, Washington, DC. January 22-23, 2004.

• National Academy of Social Insurance. Sixteenth annual conference entitled "In Search of Retirement Security: The Changing Mix of Social Insurance, Employee Benefits, and Personal Responsibility." Debate Joseph Quinn, Boston College, on topic, "Can Americans Work Longer?" National Press Club, Washington, DC. January 22-23, 2004.

• Industrial Relations Research Association 55th Annual Meeting. Work and Older Americans Symposium, "How 401(k)s and Other DC Pension Plans Destabilize the Economy." Washington, DC. January 3, 2003.

• American Economic Association Annual Meeting. "Employer Pension Contributions and 401(k) Plans." Washington, DC, January 5, 2003.

• Association for Public Policy Analysis and Management Fall Research Conference, The 'M in APPAM': Taking a Special Look at the Capacity of Government to Implement Public Policies. "Multiemployer Pension Plans and the Pension Coverage Problem." Washington, DC. November 7, 2003.

• International Union of Bricklayers and Allied Craftworkers Employer Benefits Conference. "Corporate Scandals: Lessons for Trustees." San Diego, California. November 8, 2003.

• Harvard University Law School. "Agenda for Best Practices Pension Fund Management" at "Managing Labor's Capital" conference of the Harvard Labor and Worklife Program. April 23-25, 2003.

• New School for Social Research, Center for Policy Analysis and the Department of Economics. "The Attack on Retirement: Global Economic Agendas and Elderly Work Patterns." New York. April 30, 2003.

• Attendee, "National Summit on Retirement Savings." Gathering of 250 experts from around the nation (nominated by Congress and the President), February 27-March 1, 2002.

• The ASA Section on Collective Behavior and Social Movements. "Authority in Contention: Interdisciplinary Approaches." Presented session on "The American Labor Movement's (Surprising) Economic Impact: Revisiting the Voice View of Unions." University of Notre Dame. August 14, 2002.

**Exhibit A – Curriculum Vitae**

• Industrial Relations Research Association National Policy Forum. "The Decline in Employer Benefits" and "Living Longer But Working More." National Press Club, Washington, DC. June 19- 21, 2002.

• Industrial Relations Research Association-Allied Social Sciences Association annual meetings, "The Economic Logic of Multiemployer Plans." Atlanta, January 7, 2002.

• Department of Labor, Pension Welfare Benefits Administration, ERISA working group on pension coverage, testimony, "Portable Pension Plans for Causal Labor Markets." July 17, 2001.

• University of Pennsylvania, Pension Research Council, Wharton School of Business, "De-linking the Employer from Employee Benefits." April 30-May 1, 2001.

• Miami University. The Center for Pension and Retirement Research, Current Pension Policy Issues Conference "How 401(k)s Affect Employer Pension Costs." June 8, 2001.

• Industrial Relations Research Association-Allied Social Sciences Association annual meetings. "Women and Private Pensions." New Orleans, January 7, 2001.

• Rutgers University. "Rising Expectations: Women and Private Pensions." New Brunswick, New Jersey, December 11, 2000.

• Wall Street Program for Drew University, New York Society of Security Analysts, "Differences Between the 1960s and 1990s Expansion and the Coming Recession." New York, February 24, 2000.

• AARP. National Legislative Council Annual Meeting. "The Future of Employer-Provided Benefits." Washington, DC, February 1, 2000.

• National Academy on Social Insurance. Conference on "Health and Income Security of an Aging Work Force." "Is Working Longer Desirable and Necessary? Workers' View." National Press Club, Washington, DC, January 26-27, 2000.

• Aspen Institute. Harvard Professor David Ellwood. Resource person on issues of worker security. Aspen, Colorado, August 2000.

• Italian Department of Labor and the CIGI. "International Pension Reform." Rome, Italy, May 29, 1999.

• The Century Foundation, "Investing Social Security Trust Funds in the Financial Markets." The National Press Club. Washington, DC, March 18, 1999.

• White House Financial Press Corps. "President Clinton's Social Security proposals in the State of the Union Address." Press briefing organized by the Washington think-tank, "America's Future." Washington, DC, January 25, 1999.

• Economic Policy Institute and Sloan Foundation. "Pension Fund Investing for High

**Exhibit A – Curriculum Vitae**

Performance Workplaces." Washington, DC, January 29-30, 1999.

• Georgetown University. The Woodstock Forum on Social Security Reform and Catholic Social Teaching. Washington, DC, May 5, 1999.

• White House Conference on Social Security. Invited attendee. December 8, 1998.

• United Nations Habitat. "Pension Funds and Global Housing Investment." Turin, Italy, Dec. 1, 1998.

• The Century Foundation. Breakfast panel on "Women and Social Security." New York, November 19, 1998.

• "Do the Old Eat the Young?" Presented at the International Social Security Association International Conference in Jerusalem. January 25 - 28, 1998, and at the University of Texas, Austin. April 3, 1998.

• Center for Economic Policy Research, Stanford University, and TIAA-CREF." Anti-Discrimination Provisions and the Labor Market." Discussant for the National Press Club. September 30, 1997.

• New York University School of Law. "Employee Representation on Pension Investment Boards: An Economic Model of the Pension Contract." For the 50th Annual Conference on Labor, "Employee Representation in the Emerging Workplace: Alternatives and Supplements to Collective Bargaining." May 29-30, 1997.

• AFL-CIO, High-Level Pension Retreat (15 people including top officers), Williamsburg, VA, July 21- 23, 1996.

• The People's Republic of China. "American Pension Systems," Capital University, Beijing, May 19, 1996.

• Levy Institute, Bard College. "Working Poor, Earned Income Tax Credit and Minimum Wage: The Employment Act of 1946: A Look Ahead." New York, April 25, 1996.

• Telefonica. "U.S. Pensions and Worker Control," Madrid, March 6, 1996.

• AARP. "What is Wrong With 401k Plans?" Conference on ERISA, a 20th Anniversary. Washington, DC, December 2, 1995.

• U.S. State Department. "American Pensions and the Role for Workers." Kiev, Ukraine, November 15, 1995.

• Trade Union Congress. "Financing Retirement Income Security." London, November 7, 1995.

• International Labour Organisation. "Missing Pieces: A Critique of the World Bank Report on Averting the Old Age Crisis." June 25, 1995.

**Exhibit A – Curriculum Vitae**

• United States Information Agency and Social Security Agency of Italy, Rome, "US Pension Policy: Lessons for Italy." April 28, 1995.

• United States Information Agency. "US Pension Policy: Lessons for Italy." Palermo, Italy, April 26, 1995.

• European Commission. European Commission Visitors Program, "US Pension Policy," Brussels, Belgium, March 18-April 3, 1995.

• Social Security Advisory Council. "Erosion of Pensions." Washington, DC, March 12, 1995.

• American Academy on Aging. "Congress and Social Security." Dallas, Texas, February 19, 1995.

• American Economics Association. "Investment and Feminist Economics." Session on Gender and Macroeconomics. Washington, DC, January 3, 1995.

• American Economics Association. "Pensions in an International Perspective." Washington, DC, January 3, 1995.

• Center for European Studies, Harvard University. "International Pension Funds." Cambridge, November 21, 1994.

• University of Massachusetts. "Pension Funds and Capital Markets." Lowell, Mass., November 20, 1994.

• European Pension Network, IRES. Presented paper on multiemployer pension funds to French Parliament. Paris, France, January 1994.

• University of California. "Strategic Uses of Pension Funds." Berkeley, September 15, 1990.

• American Economics Association. "Gender Divisions in the Labor Market." New York, December 27, 1988.

• Cornell University. "Pensions and Asymmetric Information." February 17, 1985.

• Rutgers University. "UMWA Strike and the Median Voter Model." February 15, 1985.

• Dissertation Awards Roundtable of the IRRA. New York, December 28, 1984.

**HONORS AND APPOINTMENTS NOTRE DAME ONLY**

• Senior Fellow, Gender Studies Program, Fall 2005 - Spring 2008.

• Kaneb Teaching Award, College of Arts and Letters, Spring 2005.

• Reinhold Niebuhr Award for promoting justice for workers through scholarship on

**Exhibit A – Curriculum Vitae**

pension rights and championing activities that emphasize the inherent dignity of work and workers, 2004.

• Fellow, Latino Institute for Latino Studies, University of Notre Dame, 1997 - present.

• Faculty Fellow, Kroc Institute for Peace Studies, University of Notre Dame, 1997 - 2008.

• Faculty Fellow, Kellogg Institute for International Studies, University of Notre Dame, 1995 - 2008

• Faculty Fellow, Nanovic Institute for European Studies, University of Notre Dame, 1995 - 2008

**SERVICE AT NOTRE DAME**

• Chair, Strategic Planning Committee, Department of Economics and Policy Studies. Fall 2003.

• Academic Council. University of Notre Dame, 2000 - 2003.

• Kroc Institute for International Peace Studies, Executive Board, 2002 - 2003.

• Dean's Review Committee, University of Notre Dame, 2002. Elected to the five-member committee to review the Dean for the Provost.

• Provost Review Committee, University of Notre Dame, 2000 - 2001. Elected to the five-member committee to review the Provost for the President.

• Committee of Appointments and Promotions, Department of Economics, University of Notre Dame, 1991 - 2000.

• Affirmative Action Committee, Department of Economics, University of Notre Dame, 1991 - 2000.

• Graduate Council, University of Notre Dame, 1998 - 1999.

• Taught in the "Teachers as Scholars" initiative supported by the Institute for Scholarship in the Liberal Arts, March, 2001.

**DISSERTATIONS DIRECTED AT THE NEW SCHOOL**

• Bhargavi Ramamurthy, 2014, "Consumer Expenditures Household Productivity: Gender and Macroeconomic Considerations"

• Lenne Pallidino, 2014, "Political Economy of Stock Market Transfer Tax"

• Melissa Mahoney, 2010, "Education Spending Per Pupil: Levels and Distribution"

**Exhibit A – Curriculum Vitae**

## DISSERTATIONS DIRECTED

• Pat Rooney, 1987: "Employee Ownership and Worker Participation: Effect on Productivity, Job Satisfaction, and Health and Safety Incidence Rates"

• Jack Reardon, 1989: "The Effect of Unionization and Firm Structure on Health and Safety in the Bituminous Coal Industry"

• Mark Pernecky, 1990: "Efficiency Wages, Unions and Productivity Norms"

• Virginia Shingleton, 1994: "Medical Benefits and Labor Mobility"

• Lisa Jordan, 1994: "Flexible Work, Constrained Choices: An Alternative to Understanding of Women in Contingent Employment"

• Gregory Buchholz, 1994: "Defined Benefit Pension Regressivity: A Simulation of Pension Benefits Segmented Markets"

• Heather Grob, 1998: "Health and Safety in the Construction Industry"

• John Blandford, 1999: "Sexual Orientation's Role in the Determination of Earnings and Occupational Outcomes"

• Brian O'Hara, 2000: "Discrimination against Persons with Disabilities: Issues in Employment Transitions"

• Steve Nyce, 2000: "The Effect of Industry Membership on Pension Funding"

• Wei Sun, 2001: "Testing Behavioral Life-Cycle Model: The Effects of Social Security and Pensions on Personal Savings"

• Craig Eschuk, 2001: "Unions and Firm Behavior: Profits, Investment, and Share Prices"

• Amy O'Hara, 2003: "Both a Borrower and a Saver Be: Housing in the Household Portfolio"

• Kimberly Dawn Burham, 2003: "401(k)s as Strategic Compensation: Align Pay with Productivity and Enable Optimal Separation"

• Kevin Neuman, 2004: "The Health Effects of Retirement: A Theoretical and Empirical Investigation"

• Sharon Hermes, 2004: "Essays on Retirement Income Security and Labor Force Participation: The Effects of Pension Structure and the Dynamics of Partial Retirement"

• Daniel Lawson, 2005: "The Effect of Gender and Race Discrimination on White Men"

• Lance Wescher, 2008 "The Incidence of Health Benefits Costs"

**Exhibit A – Curriculum Vitae**

    • Tonia Warnecke, 2009 "Feminist Economics and Macroeconomic Development Theory"

**PROFESSIONAL MEMBERSHIPS**

    • American Economics Association

    • Labor and Employment Relations Association (formerly Industrial Relations Research Association)

    • National Academy of Social Insurance

## EXHIBIT B – DOCUMENTS SENT BY COUNSEL FOR SCARE

- California Government Code section 22825, as amended in 1979.

- California Government Code section 22825.2, as amended in 1984 and 1990.

- California Government Code section 22825.3, as amended in 1988 and 1989.

- Skolnik, Alfred, *Twenty-Five Years of Employee-Benefit Plans*, Social Security Bulletin (Sept. 1976).

- Kaiser Family Foundation, Employer Health Benefits Annual Survey (2014).

- Public Employee Post-Employment Benefits Commission, *Funding Pensions & Retiree Health Care for Public Employees* (2008).

- General Accounting Office, Retiree Health Insurance: Erosion in Employer-Based Health Benefits for Early Retirees (July 1997).

- Second Amended Complaint, *Sonoma County Association of Retired Employees v. Sonoma County*.

- Agreement Between the Sonoma County Organization of Public and Private Employees, Local 707, Service Employees International Union, and the County of Sonoma, August 8, 1989 – June 22, 1992, stamped SONOMA-H-003857 to SONOMA-H-003870.