1  LEWIS, FEINBERG, LEE & JACKSON, P.C.
   JEFFREY LEWIS, SBN 066587
2  jlewis@lewisfeinberg.com
   DARIN D. RANAHAN, SBN 273532
3  dranahan@lewisfeinberg.com
   LINDA LAM, SBN 301461
4  llam@lewisfeinberg.com
   476 9th Street
5  Oakland, CA  94607
   Telephone:     (510) 839-6824
6  Facsimile:      (510) 839-7839

7  Attorneys for Plaintiff
   SONOMA COUNTY ASSOCIATION OF RETIRED EMPLOYEES
8

9  HANSON BRIDGETT LLP
   RAYMOND F. LYNCH, SBN 119065
10 rlynch@hansonbridgett.com
   BATYA F. FORSYTH, SBN 192396
11 bforsyth@hansonbridgett.com
   STEPHEN B. PECK, SBN 72214
12 speck@hansonbridgett.com
   425 Market Street, 26th Floor
13 San Francisco, California 94105
   Telephone:    (415) 777-3200
14 Facsimile:     (415) 541-9366

15 Attorneys for Defendant COUNTY OF SONOMA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| SONOMA COUNTY ASSOCIATION OF RETIRED EMPLOYEES, | CASE NO. CV  09-4432 CW |
|---|---|
| Plaintiff, | MODIFIED **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME AND SETTING CASE SCHEDULE** |
| v. | |
| SONOMA COUNTY, | Judge: Hon. Claudia Wilken |
| Defendant. | |

11300604.3

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME AND SETTING CASE SCHEDULE

Plaintiff Sonoma County Association of Retired Employees ("SCARE" or "Plaintiff") and Defendant County of Sonoma (the "County" or "Defendant") (collectively the "Parties"), by and through their respective counsel of record, hereby enter into the following stipulated request for an order extending time pursuant to Local Rule 6-2 and related orders.

WHEREAS, Plaintiff filed a Motion for Partial Summary Judgment on May 28, 2015;

WHEREAS, the current summary judgment motion ("dispositive motion" or "dispositive motions") and case schedule (ECF 163) provides that Defendant's opposition to Plaintiff's dispositive motion its and dispositive cross-motion are due on June 25, 2015, Plaintiff's reply in support of its dispositive motion and/or opposition to Defendant's dispositive cross-motion are due July 9, 2015, Defendant's reply in support of its dispositive cross-motion is due July 23, 2015, the Parties' dispositive motions are to be heard 14 days after Defendant's reply, or as soon thereafter as the Court schedules a hearing, the fact discovery cut-off is June 23, 2015, and the expert discovery cut-off is July 7, 2015;

WHEREAS, the Parties wish to establish the below case schedule to allow additional time to prepare dispositive motion papers, to facilitate the completion of limited remaining discovery, and to have a hearing on a date available to both lead attorneys;

**THEREFORE, IT IS STIPULATED THAT:**

The current case schedule shall be modified as follows:

| *Event* | *Deadline* |
| --- | --- |
| Fact Discovery Cut-off | **June 23, 2015,** except (i) Defendant may take the depositions of Bill Robotka and Nick Velichinsky as agreed by Plaintiff, (ii) Plaintiff may take the deposition of Dania Torres Wong as agreed by Defendant, (iii) Defendant may re-open the deposition of Ray Myers as agreed by Plaintiff, and (iv) discovery motions by either Plaintiff or Defendant limited to challenging (a) the withholding of documents solely on the grounds identified in privilege logs, including but not limited to attorney-client privilege, work product, deliberative process privilege, closed session, mediation privilege, and Evidence Code § 1152, and (b) assertions of privilege at the depositions identified above in items (i) through (iii), including in objections to any accompanying subpoenas. |

| Event | Deadline |
|---|---|
| | The fact discovery cut-off date for the completion of the Robotka, Velichinsky, Myers and Wong depositions and the filing of any motion pursuant to item (iv) is **July 21, 2015.** |
| Expert Discovery Cut-off | **August 14, 2015** |
| County's dispositive motion and opposition to Plaintiff's dispositive motion Due [35 page brief] | **July 23, 2015** |
| SCARE's Reply to County dispositive motion Due [25 page brief] | **September 8, 2015** |
| County's Reply to Plaintiff's opposition to County's dispositive motion Due [15 page brief] | **October 1, 2015** |
| Hearing on Dispositive Motions and Case Management Conference | **October 15, 2015** or as soon thereafter as the Court schedules a hearing. |

DATED:  June 15, 2015                                     LEWIS, FEINBERG, LEE & JACKSON, P.C.


                                                          By: /s/ Darin Ranahan
                                                              JEFFREY LEWIS
                                                              DARIN RANAHAN
                                                              LINDA LAM
                                                              Attorneys for Plaintiff
                                                              SONOMA COUNTY ASSOCIATION OF
                                                              RETIRED EMPLOYEES

DATED:  June 15, 2015                                     HANSON BRIDGETT LLP


                                                          By: /s/ *Batya F. Forsyth*
                                                              RAYMOND F. LYNCH
                                                              BATYA F. FORSYTH
                                                              STEPHEN B. PECK
                                                              Attorneys for Defendant
                                                              COUNTY OF SONOMA

      This Court, having considered the Parties' stipulated request for the above modified case schedule, hereby GRANTS said request. The case schedule shall be:

| Event | Deadline |
|---|---|
| Fact Discovery Cut-off | **June 23, 2015,** except (i) Defendant may take the depositions of Bill Robotka and Nick Velichinsky as agreed by Plaintiff, (ii) Plaintiff may take the deposition of Dania Torres Wong as agreed by Defendant, (iii) Defendant may re-open the deposition of Ray Myers as agreed by Plaintiff, and (iv) discovery motions by either Plaintiff or Defendant limited to challenging (a) the withholding of documents solely on the grounds identified in privilege logs, including but not limited to attorney-client privilege, work product, deliberative process privilege, closed session, mediation privilege, and Evidence Code § 1152, and (b) assertions of privilege at the depositions identified above in items (i) through (iii), including in objections to any accompanying subpoenas.<br><br>The fact discovery cut-off date for the completion of the Robotka, Velichinsky, Myers and Wong depositions and the filing of any motion pursuant to item (iv) is **July 21, 2015.** |
| Expert Discovery Cut-off | **August 14, 2015** |
| County's dispositive motion and opposition to Plaintiff's dispositive motion Due **[35 page brief]** | **July 23, 2015** |
| SCARE's Reply to County's dispositive motion Due **[25 page brief]** | **September 8, 2015** |
| County's Reply to Plaintiff's opposition to County's dispositive motion Due **[15 page brief]** | **October 1, 2015** |
| Hearing on Dispositive Motions and Case Management Conference | **October ~~15~~ 29, 2015** or as soon thereafter as the Court schedules a hearing. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** AS MODIFIED.

Dated: _____06/16_____, 2015



_____
THE HONORABLE CLAUDIA WILKEN
Judge of the United States District Court

IT IS SO ORDERED AS MODIFIED
Judge Claudia Wilken

11300604.3

-3-

CV 09-4432 CW

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME