IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOMA COUNTY ASSOCIATION OF RETIRED EMPLOYEES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SONOMA COUNTY,<br><br>　　　　Defendant. | No. C 09-4432 CW<br><br>ORDER MODIFYING SUPPLEMENTAL BRIEFING SCHEDULE |

In lieu of the briefing ordered at the hearing, the Court hereby ORDERS the following:

　　By Friday, November 13, 2015, Defendant shall file no more than ten pages addressing summary adjudication of any of Plaintiff's claims in the Second Amended Complaint other than breach of contract.

　　By Tuesday, December 1, 2015, Plaintiff shall file no more than fifteen pages responding to Defendant's filing and addressing "pooling."

　　By Tuesday, December 8, 2015, Defendant shall file no more than five pages in reply to Plaintiff's filing.

　　This Court's scheduling orders regarding mediation and determination of a trial date shall remain as set at the hearing.

　　IT IS SO ORDERED.

Dated: October 30, 2015

CLAUDIA WILKEN
United States District Judge