IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOMA COUNTY ASS'N OF RETIRED EMPLOYEES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SONOMA COUNTY,<br><br>　　　　　Defendant. | No.: C 09-4432-CW<br><br>ORDER DENYING PENDING MOTIONS |

Because Sonoma County filed a joint notice of settlement on March 18, 2016, the Court denies without prejudice the parties' cross-motions for summary judgment (Docket Nos. 166, 211), motions to exclude proffered expert testimony (Docket Nos. 220, 251) and requests for judicial notice (Docket Nos. 183, 213). The Court will hold a status conference on April 12, 2016, at 2:30 PM.

IT IS SO ORDERED.

Dated: March 23, 2016

　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　United States District Judge