IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOMA COUNTY ASS'N OF RETIRED EMPLOYEES,<br><br>             Plaintiff,<br><br>       v.<br><br>SONOMA COUNTY,<br><br>             Defendant.<br>_____/ | No.: C 09-4432-CW<br><br>ORDER DIRECTING PARTIES TO SUBMIT A STATUS REPORT |

On April 12, 2016, the Court held a status conference regarding the parties' joint notice of settlement. The Court scheduled a Preliminary Approval of Class Action Settlement hearing for August 2, and the parties indicated that they planned to file their motion for preliminary approval by June 28. The Court has not received further updates from the parties. Accordingly, the Court orders the parties to file a joint status report or a motion for preliminary approval within one week of the date this order issues.

IT IS SO ORDERED.

Dated: July 8, 2016

CLAUDIA WILKEN
United States District Judge