IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONOMA COUNTY ASS'N OF RETIRED EMPLOYEES,<br><br>        Plaintiff,<br><br>   v.<br><br>SONOMA COUNTY,<br><br>        Defendant.<br>_____/ | No.: C 09-4432-CW<br><br>ORDER FOR CONTINUANCE OF PRELIMINARY APPROVAL HEARING |

On July 12, 2016, the parties filed a Joint Case Management Statement, Report on Settlement Status, and a Request for Continuance of the Hearing Date for Preliminary Approval of a Class Action Settlement.  Based on that filing, the Court continues the August 2, 2016 hearing to October 4, 2016 at 2:30 pm.

IT IS SO ORDERED.

Dated: July 18, 2016

_____
CLAUDIA WILKEN
United States District Judge